**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **DM World Transportation LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 38-3860400 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **450 S. Ronald Reagan Blvd.**<br>**Longwood, FL 32750**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Seminole**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**  **www.dmworldwide.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | DM World Transportation LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4841

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

---

Debtor    **DM World Transportation LLC**                    Case number *(if known)* _____
       Name

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

## ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    __DM World Transportation LLC_____    Case number (*if known*) _____
          Name

███    Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __05/12/2020__
              MM / DD / YYYY

X _____    **Abduvosit Razikov**
   Signature of authorized representative of debtor    Printed name

Title   **Manager**

---

18. **Signature of attorney**    X _____    Date __05/12/2020__
                                   Signature of attorney for debtor                MM / DD / YYYY

**R.Scott Shuker, Esq**
Printed name

**Shuker & Dorris, P.A.**
Firm name

**121 S. Orange Avenue**
**Suite 1120**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone   **(407) 337-2060**      Email address   **rshuker@shukerdorris.com**

**984469 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  DM World Transportation LLC

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADP Augusta One ADP Drive Augusta, GA 30909 | Jennifer M. Brinkley<br><br>Jennifer.Brinkley@adp.com 844-540-7598 | Trade Debt | | | | $99,129.11 |
| Bank of America Credit P.O. Box 982238 El Paso, TX 79998 | 800-673-1044 | Credit Card | | | | $232,580.29 |
| Bank of America Credit P.O. Box 982238 El Paso, TX 79998 | 800-673-1044 | Credit Card | | | | $44,521.68 |
| Bondar Insurance Group 619 Enterprise Dr., Ste. 202 Oak Brook, IL 60523 | Paul Bandar<br><br>paulb@bondarins.com 630-570-0073 | Cargo Insurance | | | | $46,669.47 |
| Bondar Insurance Group 619 Enterprise Dr., Ste. 202 Oak Brook, IL 60523 | Paul Bandar<br><br>paulb@bondarins.com 630-570-0073 | Insurance | | | | $109,775.08 |
| BowMan Sales & Equipment Inc 10233 Governor Lane Blvd Williamsport, MD 21795 | Shannon Myers<br><br>smyers@bowmanleasing.com 240-772-5465 | Trade Debt | | | | $154,797.83 |
| BowMan Sales & Equipment Inc 10233 Governor Lane Blvd Williamsport, MD 21795 | Shannon Myers<br><br>smyers@bowmanleasing.com 240-772-5465 | Trade Debt | | | | $637,935.19 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **DM World Transportation LLC**                                    Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Comdata 5301 Maryland Way Brentwood, TN 37027 | Cheryl Grelen cgrelen@comdata.com 615-376-8768 | Trade Debt | | | | $229,947.25 |
| DAT Solution PO Box 783801 Philadelphia, PA 19178 | Aaron Aguirre aaron.aguirre@dat.com 800-547-5417 ext. 4819 | Trade Debt | | | | $23,036.00 |
| Love's Travel Stop 2766 US-17 S Brunswick, GA 31523 | John Abrams John.Abrams@loves.com 405-889-6125 | Trade Debt | | | | $24,104.85 |
| NCS Collection (Bridgestone) PO Box 24101 Cleveland, OH 44124 | Jack West jwest@ncscredit.com 800-826-5256 | Trade Debt | | | | $58,865.90 |
| Passaic Industrial Property co Law Office of Steven Lang 1 Broadway, Ste. 201 Denville, NJ 07834 | Steven Lang stevelang@stevenlanglaw.com 973-625-3564 | Trade Debt | | | | $788,416.65 |
| Penske 2177 W. Landstreet Road Orlando, FL 32809 | Sam Tilsley sammy.tilsley@penske.com 813-299-5095 | Trade Debt | | | | $92,502.32 |
| Premier Trailer 5201 Tennyson Parkway Suite 205 Plano, TX 75024 | Jeffrey Paschal jpaschal@premier-us.net 817-310-2210 | Trade Debt | | | | $522,442.15 |
| Procon Fleet - Spireon 16802 Aston Street Irvine, CA 92606 | Delores Reyes dreyes@spireon.com 949-623-1162 | Trade Debt | | | | $42,067.32 |
| Spireon 16802 Aston Street Irvine, CA 92606 | Delores Reyes dreyes@spireon.com 949-7435-0936 | Trade Debt | | | | $44,746.32 |
| Star Leasing PO Box 76100 Cleveland, OH 44101 | Keith Dixon keith.dixon@starleasing.com 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 | Trade Debt | | | | $821,104.82 |

Debtor  **DM World Transportation LLC**
        Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TruckNRoll 9880 Sidney Hayes Rd Orlando, FL 32824 | Jorge Rosias truacknrollrepairs@ hotmail.com 321-202-1882 | Trade Debt | | | | $12,721.49 |
| Tucker, Albin & Assoc. 1702 N Collins Blvd, Ste 100 Richardson, TX 75080 | Pamela Ashcroft p.ashcraft@tuckeralbin.com 972-808-7690 | Services | | | | $988,443.63 |
| Verizon Connect 1100 Winter Street Suite 4600 Waltham, MA 02451 | info@verizonconnect.com 866-844-2235 | Trade Debt | | | | $12,818.57 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **DM World Transportation LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)      _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
       *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05/12/2020**      X _____
                                        Signature of individual signing on behalf of debtor

                                        **Abduvosit Razikov**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida

In re   **DM World Transportation LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Abduvosit Razikov**<br>**450 S. Ronald Reagan Blvd.**<br>**Longwood, FL 32750** | N/A | **50%** | **Member** |
| **Dilshod Mikhmanov**<br>**450 S. Ronald Reagan Blvd.**<br>**Longwood, FL 32750** | N/A | **50%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **05/12/2020**       Signature _____

                                   **Abduvosit Razikov**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
Middle District of Florida

In re   DM World Transportation LLC _____   Case No. _____
                                    Debtor(s)                 Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _____05/12/2020_____          _____
                                    Abduvosit Razikov/Manager
                                    Signer/Title

DM World Transportation LLC
450 S. Ronald Reagan Blvd.
Longwood, FL 32750

Comdata
5301 Maryland Way
Brentwood, TN 37027

Key Equipment Finance
Attn: Chrystal Hall
1000 South McCaslin Blvd
Louisville, CO 80027

R.Scott Shuker, Esq
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801

Cooper Tires & Rubber Co.
701 Lima Ave.
Findlay, OH 45840

Libertas Funding
382 Greenwich Ave.
Greenwich, CT 06830

ADP Augusta
One ADP Drive
Augusta, GA 30909

Creative Financial Staffing
800 N. Magnolia Ave.
Suite 201
Orlando, FL 32803

Love's Travel Stop
2766 US-17 S
Brunswick, GA 31523

Banc of America Leasing &
Capital, LLC
2059 NOrthlake Pkwy
Tucker, GA 30084-5321

Daimler Truck Financial
8430 West Bryn Mawr Ave.
3rd Floor
Chicago, IL 60631

NCS Collection (Bridgestone)
PO Box 24101
Cleveland, OH 44124

Bank of America Credit
P.O. Box 982238
El Paso, TX 79998

DAT Solution
PO Box 783801
Philadelphia, PA 19178

Passaic Industrial Property
co Law Office of Steven Lang
1 Broadway, Ste. 201
Denville, NJ 07834

BMO Financial
Attn:  Ronald DeLorge
300 E John Carpenter Freeway
Irving, TX 75062

Drive 360 Logistics
PO Box 497
Windermere, FL 34786

Penske
2177 W. Landstreet Road
Orlando, FL 32809

Bondar Insurance Group
619 Enterprise Dr., Ste. 202
Oak Brook, IL 60523

Iberia Bank
315 E Ronbinson St., Ste 350
Orlando, FL 32801

Premier Trailer
5201 Tennyson Parkway
Suite 205
Plano, TX 75024

BowMan Sales & Equipment Inc
10233 Governor Lane Blvd
Williamsport, MD 21795

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Procon Fleet - Spireon
16802 Aston Street
Irvine, CA 92606

CenterState Bank
20 N. Orange Ae., Ste. 1303
Orlando, FL 32801

Jani King
2469 Sunset Point Road
Clearwater, FL 33765

Red Rock LTO Units
200 Owen Parkway Circle
Carter Lake, IA 51510

Samsara
444 De Haro St.
Suite 101
San Francisco, CA 94107

TCF Equipment Finance
11100 Wayzata Blvd, Ste 801
Minnetonka, MN 55305

Samson Funding
4459 Amboy Road
Staten Island, NY 10312

Total Package Property Care
12912 Broakfield Circle
Orlando, FL 32837

Seminole Co. Tax Collector
PO Box 630
Sanford, FL 32772-0630

TruckNRoll
9880 Sidney Hayes Rd
Orlando, FL 32824

Signature Finance
Attn: David McGovan
225 Broadhollow Rd, St 132W
Melville, NY 11747

Tucker, Albin & Assoc.
1702 N Collins Blvd, Ste 100
Richardson, TX 75080

Spireon
16802 Aston Street
Irvine, CA 92606

Verizon
2601 Maitland Center Pkwy
Longwood, FL 32752

St. Louis MRO
3895 Jeffco Blvd.
Arnold, MO 63010

Verizon Connect
1100 Winter Street
Suite 4600
Waltham, MA 02451

Star Leasing
PO Box 76100
Cleveland, OH 44101

Sterling National Bank
400 Rella Blvd
Montebello, NY 10901

Sunport Holding
1515 N. Federal Hwy, Ste 306
Boca Raton, FL 33432