# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**In re:**                                                    CASE NO.   6:20-bk-02684-LVV

**DM World Transportation, LLC**                CHAPTER 11

      Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

**DM World Transportation, LLC,** ("DM World", or "Debtor") by and through its undersigned counsel, and pursuant to Administrative Order FLMB 2009-1, hereby files its Chapter 11 Case Management Summary and states as follows:

**I.  Description of the Debtor's Business**

1. On May 12, 2020, the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Middle District of Florida, Orlando Division. No trustee or examiner has been appointed and the Debtor continues to operate its business and manage its property as a debtor-in-possession under §§ 1107(a) and 1108 of the Bankruptcy Code.

2. DM World is a Florida Limited Liability Company based in Longwood, Florida. DM World is a full truck load carrier operating an over-the-road trucking fleet, (the "OTR Fleet"), with 182 trucks (160 are subleased to an affiliate) and 350 dry van trailers that transport goods across the forty-eight contiguous States. Over ninety percent of the OTR Fleet is double pup certified further enhancing the Debtor's ability to transport mass shipments across the country. Over fifty percent of the OTR Fleet utilizes teams maximizing coordination and cooperation.

3. DM World employs 54 employees, sixteen (16) as W-2 employees, ("W-2 Employees"), and thirty-eight (38) as independent contractors, ("1099 Employees"). The Debtor's corporate office is located at 450 South Ronald Reagan Boulevard, Longwood, Florida 32750.

## II. Reasons for Filing Bankruptcy

4. DM World began operations in 2014. Changing industry dynamics as well as rising costs have negatively impacted the Debtor's profitability. The Debtor is not immune from industry-wide trends of higher insurance rates, costs associated with increasing regulations and lack of available workers, higher maintenance costs, and falling transportation delivery rates. The Debtor lost substantial contracts with larger companies such as Amazon and FedEx further creating significant revenue reductions, yet it maintains healthy relationships with smaller and medium sized businesses. Unfortunately, these smaller businesses were substantially impacted by the current covid-19 health crises forcing many business closures; the closures created a rippling effect for the Debtor losing much of its transportation business.

5. The Debtor decided that it was in the best interests of ownership and its creditors to seek reorganization under Chapter 11 and pursue a restructuring of their various debt obligations. The Debtor intend to use this brief breathing spell to negotiate a suitable reorganization plan for all parties.

## III. Debtors' Officers and Corporate Ownership

6. Mr. Abduvosit Razikov, ("Mr. Razikov"), and Mr. Dilshod Mikhmanov, ("Mr. Mikhmanov"), are the equal co-owners of the Debtor. Mr. Beck Tokhtaev serves as Vice-President of Operations. Mr. Razikov serves as the Manager for the Debtor.

## IV. Amounts Owed to Various Classes of Creditors

7. The Debtor top five secured creditors and top four unsecured creditors (by approximate amounts) are listed below.

| **Secured Lender** | **Amount** |
|---|---|
| Iberia Bank | $2,665,000.00 |
| Banc of America Leasing | $2,298,000.00 |
| Center State Bank | $1,515,000.00 |
| Signature Finance | $1,887,000.00 |
| BMO Financial | $1,252,000.00 |

| **Unsecured Creditor** | **Amount** |
|---|---|
| Ryder Truck Rental, Inc. | $2,976,186.00 |
| Star Leasing | $821,000.00 |
| Passaic Industrial Properties | $788,000.00 |
| Premier Trailer | $522,000.00 |

**V.    General Description and Approximate Value of Debtor's Assets**

8. The Debtor's OTR Fleet consists of the trucks, trailers, equipment, capital lease assets, and accumulated depreciation. The approximate net book value of the OTR Fleet is $10,208,000.00, and a gross book value of approximately $12,935,000.00.

9. The Debtor's assets also include approximately $4,000 in cash and cash equivalents, accounts receivable of $4 million, and personal property (*i.e.*, office furniture, equipment and computer equipment, leasehold improvements, and software) with an approximate net book value of $36,000, and a gross book value of approximately $63,000.

**VI.     Number of Employees and Amounts of Wages Owed as of Petition Date**

10.     DM World employed sixteen (16) W-2 employees. Employees are paid weekly for services performed during the prior week period, and for the pay period ending May 4, 2020, Debtor will owe the W-2 Employees approximately $16,000 (gross amount including federal withholding taxes and voluntary deductions) in total for unpaid wages. DM World employed thirty-eight (38) independent contractors, either as office employees or drivers. Both are paid weekly. Office employees are paid for services performed during the prior week period, while drivers are paid for services during the prior two-week period. For the period ending May 4, 2020, Debtor will owe the 1099 Employees approximately $49,000 in total for unpaid wages.

**VII.    Anticipated Emergency Relief to be requested within 14 days from the Petition Date**

11.     The Debtor anticipates filing the following First-Day Motions and request for Emergency Relief:

       a.  *Emergency Motion to Approve Factoring Agreement*

       b.  *Emergency Motion to Pay Pre-Petition Wages*

       c.  *Emergency Motion to Maintain Bank Accounts*

**RESPECTFULLY SUBMITTED** this 13th day of May 2020.

    /s/ John B. Dorris
    **R. Scott Shuker, Esq.**
    Florida Bar No. 984469
    rshuker@shukerdorris.com
    **Mariane L. Dorris, Esq.**
    Florida Bar No. 173665
    mdorris@shukerdorris.com
    **John B. Dorris, Esq.**
    Florida Bar No. 093744
    jdorris@shukerdorris.com
    **SHUKER & DORRIS, P.A.**
    121 S. Orange Ave., Suite 1120
    Orlando, Florida 32801
    Telephone: 407-337-2060

Facsimile: 407-337-2050
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**                                                                   CASE NO.    6:20-bk-02684-LVV

**DM World Transportation, LLC**                      CHAPTER 11

      **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true copy of the forgoing **CHAPTER 11 CASE MANAGEMENT SUMMARY** has been furnished either electronically or by U.S. First Class Mail or FedEx Overnight (where indicated), by email (if email address is known) and by fax (if known) to: Debtor Beck Tokhtaev, beck@dmwtrans.com, 450 South Ronald Reagan Boulevard, Longwood, Florida 32750; RTS Financial Service, Inc., Harris J. Koroglu, Esq., HKoroglu@schutts.com;  the parties entitled to receive CM/ECF noticing; the secured creditors and unsecured creditors as shown on the matrix attached to the original of this motion filed with the Court; and the U.S. Trustee's Office, 400 W. Washington St., Ste. 1100, Orlando, FL 32801 this 13th day of May 2020.

                                                                  /s/ John B. Dorris
                                                                   **John B. Dorris, Esq.**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:20-bk-02684-LVV<br>Middle District of Florida<br>Orlando<br>Wed May 13 10:35:02 EDT 2020 | DM World Transportation LLC<br>450 S. Ronald Reagan Blvd.<br>Longwood, FL 32750-5405 | ABDUVOSIT RAZIKOV<br>450 S RONALD REAGAN BLVD<br>LONGWOOD FL 32750-5405 |
| ADP Augusta<br>One ADP Drive<br>Augusta, GA 30909-9373 | BMO Financial<br>Attn:  Ronald DeLorge<br>300 E John Carpenter Freeway<br>Irving, TX 75062-2727 | Banc of America Leasing &<br>Capital, LLC<br>2059 NOrthlake Pkwy<br>Tucker, GA 30084-5321 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bondar Insurance Group<br>619 Enterprise Dr., Ste. 202<br>Oak Brook, IL 60523-5602 | BowMan Sales & Equipment Inc<br>10233 Governor Lane Blvd<br>Williamsport, MD 21795-4029 |
| CenterState Bank<br>20 N. Orange Ae., Ste. 1303<br>Orlando, FL 32801-4605 | Comdata<br>5301 Maryland Way<br>Brentwood, TN 37027-5028 | Cooper Tires & Rubber Co.<br>701 Lima Ave.<br>Findlay, OH 45840-2388 |
| Creative Financial Staffing<br>800 N. Magnolia Ave.<br>Suite 201<br>Orlando, FL 32803-3250 | DAT Solution<br>PO Box 783801<br>Philadelphia, PA 19178-3801 | DILSHOD MIKHMANOV<br>450 S RONALD REAGAN BLVD<br>LONGWOOD FL 32750-5405 |
| Daimler Truck Financial<br>8430 West Bryn Mawr Ave.<br>3rd Floor<br>Chicago, IL 60631-3473 | Drive 360 Logistics<br>PO Box 497<br>Windermere, FL 34786-0497 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Iberia Bank<br>315 E Ronbinson St., Ste 350<br>Orlando, FL 32801-1668 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Jani King<br>2469 Sunset Point Road<br>Clearwater, FL 33765-1526 | Key Equipment Finance<br>Attn: Chrystal Hall<br>1000 South McCaslin Blvd<br>Louisville, CO 80027-9441 | Libertas Funding<br>382 Greenwich Ave.<br>Greenwich, CT 06830-6532 |
| Love's Travel Stop<br>2766 US-17 S<br>Brunswick, GA 31523-7775 | NCS Collection (Bridgestone)<br>PO Box 24101<br>Cleveland, OH 44124-0101 | Passaic Industrial Property<br>co Law Office of Steven Lang<br>1 Broadway, Ste. 201<br>Denville, NJ 07834-2773 |
| Penske<br>2177 W. Landstreet Road<br>Orlando, FL 32809-7907 | Premier Trailer<br>5201 Tennyson Parkway<br>Suite 205<br>Plano, TX 75024-4116 | Procon Fleet - Spireon<br>16802 Aston Street<br>Irvine, CA 92606-4835 |

| | | |
|---|---|---|
| Red Rock LTO Units<br>200 Owen Parkway Circle<br>Carter Lake, IA 51510-1500 | Samsara<br>444 De Haro St.<br>Suite 101<br>San Francisco, CA 94107-2349 | Samson Funding<br>4459 Amboy Road<br>Staten Island, NY 10312-3846 |
| Seminole Co. Tax Collector<br>PO Box 630<br>Sanford, FL 32772-0630 | Seminole County Tax Collector<br>Post Office Box 630<br>Sanford FL 32772-0630 | Signature Finance<br>Attn: David McGovan<br>225 Broadhollow Rd, St 132W<br>Melville, NY 11747-4809 |
| Spireon<br>16802 Aston Street<br>Irvine, CA 92606-4835 | St. Louis MRO<br>3895 Jeffco Blvd.<br>Arnold, MO 63010-4253 | Star Leasing<br>PO Box 76100<br>Cleveland, OH 44101-4204 |
| Sterling National Bank<br>400 Rella Blvd<br>Montebello, NY 10901-4241 | Sunport Holding<br>1515 N. Federal Hwy, Ste 306<br>Boca Raton, FL 33432-1953 | TCF Equipment Finance<br>11100 Wayzata Blvd, Ste 801<br>Minnetonka, MN 55305-5503 |
| Total Package Property Care<br>12912 Broakfield Circle<br>Orlando, FL 32837-7427 | TruckNRoll<br>9880 Sidney Hayes Rd<br>Orlando, FL 32824-8127 | Tucker, Albin & Assoc.<br>1702 N Collins Blvd, Ste 100<br>Richardson, TX 75080-3662 |
| Verizon<br>2601 Maitland Center Pkwy<br>Longwood, FL 32752 | Verizon Connect<br>1100 Winter Street<br>Suite 4600<br>Waltham, MA 02451-1453 | R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue<br>Suite 1120<br>Orlando, FL 32801-3238 |
| United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Lori V. Vaughan +<br>Orlando<br>, FL | Note: Entries with a '+' at the end of the name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America Credit
P.O. Box 982238
El Paso, TX 79998

End of Label Matrix
Mailable recipients    50
Bypassed recipients     0
Total                  50