**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:                                                    CASE NO.:    6:20-bk-02684-LVV

**DM WORLD TRANSPORTATION LLC,**          CHAPTER 11

        **Debtor.**

_____/

**MOTION BY DM WORLD TRANSPORTATION LLC**
**FOR AN EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS**
**AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS**
**AND UNEXPIRED LEASES, AND STATEMENT OF FINANCIAL AFFAIRS**

**DM WORLD TRANSPORTATION LLC** (the "Debtor"), hereby files this motion,

pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

for an extension of time to file its schedules of assets and liabilities, schedules of executory

contracts and unexpired leases, and statements of financial affairs (the "Motion"), and respectfully

represent as follows:

1.      On May 12, 2020 ("Petition Date"), the Debtor filed its voluntary petition for

reorganization under Chapter 11 of the Bankruptcy Code (the "Code").  No trustee has been

appointed, and the Debtor is administering its case as debtor-in-possession.

2.      No creditors' committee has yet been appointed in this case by the Office of the

United States Trustee.   No trustee or examiner has been requested or appointed in this case.

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and

1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this

Court pursuant to 28 U.S.C. §§ 1408 and 1409.

1

4.      By this Motion, the Debtor seeks an extension of the period in which to complete and file its schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs (collectively, the "Schedules"), as required by § 521 of the Bankruptcy Code, FRBP 1007 and Local Rule 1007-1. Specifically, the Debtor requests that such period be extended to Tuesday, June 2, 2020, a date twenty-one (21) days from the Petition Date, without prejudice to the Debtor's right to seek an additional extension upon cause. Such time period represents an extension of seven (7) days beyond the initial fourteen (14) days allowed under FRBP 1007(c).

5.      On the Petition Date, the Debtor attached a list of all creditors and parties-in-interest to their voluntary petition (Doc. No. 1).

6.      In order to prepare the Schedules and Statement of Financial Affairs required by F.R.B.P. 1007, it is necessary to gather information from various documents and to compile information with regard to the creditors. The Debtor has been diligently compiling this information but require additional time to complete this project.

7.      The additional time requested will extend the due date for the Schedules and Statement of Financial Affairs to June 9, 2020, a date thirteen (13) calendar days prior to the first meeting of creditors, which has been scheduled for June 22, 2020 at 10:00 a.m. (Doc No. 5).

8.      While the Debtor believes that the requested extension will provide sufficient time to permit the Debtor to complete and file the Schedules, the Debtor reserves the right to seek additional extensions on appropriate notice and motion to the Court.

9.      Notice of this Motion has been provided to the Office of the United States Trustee for the Middle District of Florida, counsel to the secured creditors, the Debtor's 20 largest

unsecured creditors, and all parties requesting notices, pursuant to FRBP 2002 and Local Rule 2002-1.  The Debtor submits that no other or further notice need be provided.

10.     No previous motion for the relief sought herein has been made to this or any other court.

**WHEREFORE**, DM WORLD TRANSPORTATION LLC, respectfully requests this Court enter an Order extending the time for filing the Schedules and Statement of Financial Affairs to Tuesday, June 9, 2020, a date twenty-eight (28) days from the date the Debtor filed its Petition, and for such other and further relief as the Court deems just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 20th day of May 2020.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No. 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, Florida 32801
Telephone: (407) 337-2060
Facsimile: (407) 337-2050
*Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:                                                           CASE NO.:   6:20-bk-02684-LVV

**DM WORLD TRANSPORTATION LLC,**          CHAPTER 11

             Debtor.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the **MOTION BY DM WORLD TRANSPORTATION LLC FOR AN EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND STATEMENT OF FINANCIAL AFFAIRS**, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Debtor, c/o Beck Tokhtaev, 450 South Ronald Reagan Boulevard, Longwood, Florida 32750; RTS Financial Service, Inc., c/o Harris J. Koroglu, Esq., Shutts & Bowen LLP, 200 South Biscayne Blvd., Suite 4100, Miami FL 33131 (hkoroglu@shutts.com); Ryder Truck Rental, Inc., c/o James E. Shepherd, Esq., Forster Boughman, 2200 Lucien Way, Suite 405, Maitland, Florida 32751 (shepherd@fbl-law.com and service@fbl-law.com); BMO Harris, N.A., c/o Alexis A. Leventhal, Esq., REED SMITH LLP, Reed Smith Centre, 225 Fifth Avenue, Pittsburgh, PA 15222 (aleventhal@reedsmith.com); Bank of America, N.A., c/o Mark E. Steiner, Esq., Liebler, Gonzalez & Portuondo, Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130; Premier Trailer Leasing, Inc., c/o Roger J. Haughey, II, Esq., Sivyer Barlow & Watson, P.A., 401 E. Jackson Street, Suite 2225, Tampa, FL 33602 (rhaughey@sbwlegal.com and rjhassistant@sbwlegal.com); Iberiabank, c/o Zachary J. Bancroft, Esq., Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 200 South Orange Avenue, Suite 2900, Post Office Box 1549, Orlando, Florida 32802-1549 (zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com, and bkcts@bakerdonelson.com); Star Leasing Co., c/o Gordon Law Firm Co, LPA, Attn: James H. Gordon, Esq., 7677 Patterson Road, Hillard, OH 43026 (jgordon@gordonlawco.com); Genovese Joblove & Battista, P.A., Attn: Paul J. Battista, Esq., 100 SE 2nd Ave, Suite 4400, Miami, Florida 33131 (pbattista@gjb-law.com); all parties entitled to receive CM/ECF noticing; all parties listed on the 1007-2 Parties-in-Interest list as shown on the matrix attached to the original of this motion filed with the Court; and the U.S. Trustee's Office, 400 W. Washington Street, Suite 1120, Orlando, Florida 32801, this 20th day of May 2020.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.

4

Label Matrix for local noticing
113A-6
Case 6:20-bk-02684-LVV
Middle District of Florida
Orlando
Wed May 20 11:42:47 EDT 2020

James Gordon
Gordon Law Firm Co, LPA
7677 Patterson Road
Hillard, OH 43026-9494

ADP Augusta
One ADP Drive
Augusta, GA 30909-9373

BANK OF AMERICA, N.A.
c/o Mark E. Steiner, Esquire
Liebler Gonzalez & Portuondo
44 West Flagler Street, 25th Floor
Miami, FL 33130-1817

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bondar Insurance Group
619 Enterprise Dr., Ste. 202
Oak Brook, IL 60523-5602

BowMan Sales & Equipment Inc
10233 Governor Lane Blvd
Williamsport, MD 21795-4029

CenterState Bank, N.A.
c/o Grey Squires-Binford, Esq.
Post Office Box 1913
Orlando, FL 32802-1913

Comdata
5301 Maryland Way
Brentwood, TN 37027-5028

DAT Solution
PO Box 783801
Philadelphia, PA 19178-3801

IBERIABANK
c/o Zachary J. Bancroft, Esq.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801-3448

Love's Travel Stop
2766 US-17 S
Brunswick, GA 31523-7775

NCS Collection (Bridgestone)
PO Box 24101
Cleveland, OH 44124-0101

Passaic Industrial Property
co Law Office of Steven Lang
1 Broadway, Ste. 201
Denville, NJ 07834-2773

Penske
2177 W. Landstreet Road
Orlando, FL 32809-7907

Premier Trailer
5201 Tennyson Parkway
Suite 205
Plano, TX 75024-4116

Procon Fleet - Spireon
16802 Aston Street
Irvine, CA 92606-4835

RTS Financial Services, Inc.
c/o Harris J. Koroglu, Esq.
Shutts & Bowen, LLP
200 S Biscayne Blvd #4100
Miami, FL 33131-2362

Ryder Truck Rental, Inc.
6000 Windward Parkway
Alpharetta, GA 30005-8882

Ryder Truck Rental, Inc.
c/o James E. Shepherd, Esq.
ForsterBoughman
2200 Lucien Way, #405
Maitland, FL 32751-7048

Spireon
16802 Aston Street
Irvine, CA 92606-4835

Star Leasing
PO Box 76100
Cleveland, OH 44101-4204

Star Leasing Co.
c/o Paul J. Battista, Esq.
Genovese Joblove & Battista, P.A.
100 SE 2nd Street, Suite 4400
Miami, FL 33131-2118

TCF National Bank
c/o Michael A. Tessitore, Esq.
Moran Kidd Lyons Johnson Garcia, P.A.
111 N. Orange Avenue, Suite 900
Orlando, FL 32801-2307

TruckNRoll
9880 Sidney Hayes Rd
Orlando, FL 32824-8127

Tucker, Albin & Assoc.
1702 N Collins Blvd, Ste 100
Richardson, TX 75080-3662

Verizon Connect
1100 Winter Street
Suite 4600
Waltham, MA 02451-1453

Zachary J Bancroft +
Baker, Donelson, Bearman, Caldwell & Ber
Caldwell & Berkowitz, PC
P.O. Box 1549
Orlando, FL 32802-1549

Paul J Battista +
Genovese Joblove & Battista PA
100 Southeast 2nd Street
44th Floor
Miami, FL 33131-2100

R Scott Shuker +
Shuker & Dorris, P.A.
121 South Orange Avenue
Suite 1120
Orlando, FL 32801-3238

Michael A Tessitore +
Moran Kidd Lyons Johnson & Berkson PA
111 N. Orange Avenue
Suite 900
Orlando, FL 32801-2307

Roger J Haughey II+
Sivyer Barlow & Watson,PA
SunTrust Financial Centre
401 East Jackson Street, Suite 2225
Tampa, FL 33602-5213

Miriam G Suarez +
Office of the United States Trustee
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Grey Squires-Binford +
Killgore Pearlman Stamp Denius & Squires
PO Box 1913
Orlando, FL 32802-1913

Harris J Koroglu +
Shutts & Bowen LLP
200 South Biscayne Boulevard, Suite 4100
Miami, FL 33131-2362

Mark E Steiner +
Liebler, Gonzalez & Portuondo, P.A.
44 W. Flagler Street, 25th Floor
Miami, FL 33130-1808

James E Shepherd +
Forster, Boughman & Lefkowitz
2200 Lucien Way, Suite 405
Maitland, FL 32751-7048

Alexis A Leventhal +
Reed Smith LLP
225 Fifth Avenue
Pittsburg, PA 15222-2716

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank of America Credit
P.O. Box 982238
El Paso, TX 79998

End of Label Matrix
Mailable recipients    38
Bypassed recipients     0
Total                  38