| Fill in this information to identify the case: |
| --- |

Debtor name    **DM World Transportation LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:20-bk-02684-LVV**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................    $    **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*...............................................................................    $    **4,937,581.90**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*................................................................................    $    **4,937,581.90**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **10,767,081.98**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $    **19,870.97**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$    **11,002,488.52**

4.    Total liabilities ...........................................................................................................
     Lines 2 + 3a + 3b      $    **21,789,441.47**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **DM World Transportation LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:20-bk-02684-LVV**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. **TD Bank (Operating Account)** | **Checking Account** | **3724** | **$10,042.71** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        | **$10,042.71** |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor     **DM World Transportation LLC**                          Case number *(If known)*  **6:20-bk-02684-LVV**
           <sub>Name</sub>

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Various office furniture and equipment.** | **$12,000.00** | **Liquidation** | **$12,000.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                          **$12,000.00**
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **DM World Transportation LLC**                    Case number *(If known)*  **6:20-bk-02684-LVV**
Name

| | | | |
|---|---|---|---|
| 47.1. | **See attached Schedule B - Exhibit 47** | **$4,852,511.70** | Liquidation | **$4,351,636.90** |
| 47.2. | **2018 Lexus RX 350L**<br>**VIN:  JTJGZKCAXJ2004564** | **$49,058.88** | Liquidation | **$24,529.44** |
| 47.3. | **2006 Honda Oddysey VIN#**<br>**5FNRL38746b053005** | **$4,658.84** | Liquidation | **$2,329.42** |
| 47.4. | **2016 BMW X5 VIN#**<br>**5UXKR2C56F0H37568** | **$23,498.46** | Liquidation | **$11,749.23** |
| 47.5. | **2017 Dodge Ram VIN#**<br>**3C7WRSBJ2HG724476** | **$32,351.61** | Liquidation | **$16,175.81** |
| 47.6. | **50 Dry Vans**<br>**Book Value:**<br>**10 @ $29,012.44 = $290,124.40**<br>**20 @ $29,686.36 = $593,727.20**<br>**20 @ $31,686.36 = $633,727.20**<br><br>**Market Value:**<br>**10 @ $10,698.34 = $106,983.40**<br>**20 @ $9,462.52 = $189,250.40**<br>**20 @ $10,232.05 = $204,641.00** | **$1,517,578.80** | Liquidation | **$500,874.80** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
       **machinery and equipment)**
       **2016 LUIGONG Forklift VIN 2025H**                **$16,487.19**    Liquidation              **$8,243.59**

51.    **Total of Part 8.**                                                                    | **$4,915,539.19** |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| Debtor | **DM World Transportation LLC** | Case number *(If known)* | **6:20-bk-02684-LVV** |
|---|---|---|---|
| | Name | | |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **DM World Transportation LLC**                          Case number *(If known)*  **6:20-bk-02684-LVV**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,042.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,915,539.19 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,937,581.90 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,937,581.90 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   **DM World Transportation LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:20-bk-02684-LVV**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Banc of America Leasing &** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$515,243.62** | **$313,757.67** |
| | **Capital, LLC** | **29 Trailers** | | |
| | **2059 NOrthlake Pkwy** | | | |
| | **Tucker, GA 30084-5321** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Secured Loan** | | |
| | **raymond.e.ratliff@baml.com** | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No | | |
| | | ☐ Yes | | |
| | **Date debt was incurred** | Is anyone else liable on this claim? | | |
| | **10/20/2017** | ☐ No | | |
| | **Last 4 digits of account number** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **0001** | | | |
| | Do multiple creditors have an interest in the same property? | **As of the petition filing date, the claim is:** | | |
| | | Check all that apply | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.2 | **Banc of America Leasing &** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$93,311.44** | **$55,970.50** |
| | **Capital, LLC** | **5 Trailers** | | |
| | **2059 NOrthlake Pkwy** | | | |
| | **Tucker, GA 30084-5321** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Secured Loan** | | |
| | **raymond.e.ratliff@baml.com** | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No | | |
| | | ☐ Yes | | |
| | **Date debt was incurred** | Is anyone else liable on this claim? | | |
| | **11/24/2017** | ☐ No | | |
| | **Last 4 digits of account number** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **0002** | | | |
| | Do multiple creditors have an interest in the same property? | **As of the petition filing date, the claim is:** | | |
| | | Check all that apply | | |

| Debtor | **DM World Transportation LLC** | Case number (if known) | **6:20-bk-02684-LVV** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Banc of America Leasing &** | Describe debtor's property that is subject to a lien | $575,670.58 | $309,030.50 |
|---|---|---|---|---|

Creditor's Name

**Capital, LLC**
**2059 NOrthlake Pkwy**
**Tucker, GA 30084-5321**

Creditor's mailing address

**raymond.e.ratliff@baml.com**

Creditor's email address, if known

**Date debt was incurred**

**8/16/2018**

**Last 4 digits of account number**
**0003**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**25 Trailers**

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Banc of America Leasing &** | Describe debtor's property that is subject to a lien | $925,762.70 | $430,823.40 |
|---|---|---|---|---|

Creditor's Name

**Capital, LLC**
**2059 NOrthlake Pkwy**
**Tucker, GA 30084-5321**

Creditor's mailing address

**raymond.e.ratliff@baml.com**

Creditor's email address, if known

**Date debt was incurred**

**12/27/2018**

**Last 4 digits of account number**
**0004**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**35 Trailers**

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **BMO Financial** | Describe debtor's property that is subject to a lien | $606,885.99 | $336,746.70 |
|---|---|---|---|---|

Creditor's Name

**Attn: Ronald DeLorge**
**300 E John Carpenter Freeway**
**Irving, TX 75062**

Creditor's mailing address

**30 Trailers**

**Describe the lien**
**Secured Loan**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **DM World Transportation LLC** | | Case number (if known) | **6:20-bk-02684-LVV** |
|---|---|---|---|---|
| | Name | | | |

ronald.delorge@bmo.com

Creditor's email address, if known

**Date debt was incurred**

**11/16/2017**

**Last 4 digits of account number**

**7001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **BMO Financial** | **Describe debtor's property that is subject to a lien** | **$105,483.75** | **$56,588.95** |
|---|---|---|---|---|

Creditor's Name

**Attn:  Ronald DeLorge**
**300 E John Carpenter**
**Freeway**
**Irving, TX 75062**

Creditor's mailing address

ronald.delorge@bmo.com

Creditor's email address, if known

**Date debt was incurred**

**1/12/2018**

**Last 4 digits of account number**

**1001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**5 Trailers**

**Describe the lien**

**Secured Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **BMO Financial** | **Describe debtor's property that is subject to a lien** | **$437,355.01** | **$224,497.80** |
|---|---|---|---|---|

Creditor's Name

**Attn:  Ronald DeLorge**
**300 E John Carpenter**
**Freeway**
**Irving, TX 75062**

Creditor's mailing address

ronald.delorge@bmo.com

Creditor's email address, if known

**Date debt was incurred**

**7/19/2018**

**Last 4 digits of account number**

**6001**

**Do multiple creditors have an interest in the same property?**

**20 Trailers**

**Describe the lien**

**Secured Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **DM World Transportation LLC** | | Case number (if known) | **6:20-bk-02684-LVV** |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **BMO Financial** | Describe debtor's property that is subject to a lien | $80,493.66 | $61,177.45 |
|---|---|---|---|---|

Creditor's Name

**Attn:  Ronald DeLorge
300 E John Carpenter
Freeway
Irving, TX 75062**

Creditor's mailing address

**ronald.delorge@bmo.com**

Creditor's email address, if known

Date debt was incurred
**7/19/2018**

Last 4 digits of account number
**7001**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**5 Trailers**

Describe the lien
**Secured Loan**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **CenterState Bank** | Describe debtor's property that is subject to a lien | $1,515,460.04 | $12,000.00 |
|---|---|---|---|---|

Creditor's Name

**20 N. Orange Ae., Ste. 1303
Orlando, FL 32801**

Creditor's mailing address

**mrodammer@centerstateb
ank.com**

Creditor's email address, if known

Date debt was incurred
**5/16/2019**

Last 4 digits of account number
**9739**

Do multiple creditors have an
interest in the same property?

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Lots 2 and 3, Lake Monroe I-4 Center
Parcels:  21-19-30-511-0000-0020 ($684,693)
and
21-19-30-511-0000-0030 ($775,767)**

Describe the lien
**Mortgage**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Daimler Truck Financial** | Describe debtor's property that is subject to a lien | $253,992.24 | $130,775.80 |
|---|---|---|---|---|

Creditor's Name

**8430 West Bryn Mawr Ave.
3rd Floor
Chicago, IL 60631**

Creditor's mailing address

**2 Semi Trucks (Mercedes-Benz)**

Describe the lien
**Secured Loan**

---

| Debtor | **DM World Transportation LLC** | Case number (if known) | **6:20-bk-02684-LVV** |
|---|---|---|---|
| | Name | | |

Martin.mansfield@daimler.com

Creditor's email address, if known

**Date debt was incurred**
**12/14/2018**
**Last 4 digits of account number**
**9001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | **Key Equipment Finance** | **Describe debtor's property that is subject to a lien** | $1,034,418.84 | $518,590.00 |
|---|---|---|---|---|
| | Creditor's Name | **40 Trailers** | | |

**Attn: Chrystal Hall**
**1000 South McCaslin Blvd**
**Louisville, CO 80027**

Creditor's mailing address

chrystal_hall@leasingcentral.com

Creditor's email address, if known

**Date debt was incurred**
**2/11/2019**
**Last 4 digits of account number**
**9007**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.12 | **Lexus Financial** | **Describe debtor's property that is subject to a lien** | $30,863.06 | $24,529.44 |
|---|---|---|---|---|
| | Creditor's Name | **2018 Lexus RX 350L**<br>**VIN: JTJGZKCAXJ2004564** | | |

**5725 Major Blvd.**
**Orlando, FL 32819**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/6/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **DM World Transportation LLC** | | Case number (if known) | **6:20-bk-02684-LVV** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Red Rock LTO Units** | Describe debtor's property that is subject to a lien | $40,502.40 | $25,633.50 |
|---|---|---|---|---|

Creditor's Name

**200 Owen Parkway Circle
Carter Lake, IA 51510**

Creditor's mailing address

**roger@lonemountaintruck.
com**

Creditor's email address, if known

Date debt was incurred
**10/24/2016**

Last 4 digits of account number
**6590**

Do multiple creditors have an
interest in the same property?

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**2017 Volvo 670 VIN: 4V4NC9EH8HN985005**

Describe the lien
**Secured Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Red Rock LTO Units** | Describe debtor's property that is subject to a lien | $41,362.92 | $25,633.50 |
|---|---|---|---|---|

Creditor's Name

**200 Owen Parkway Circle
Carter Lake, IA 51510**

Creditor's mailing address

**roger@lonemountaintruck.
com**

Creditor's email address, if known

Date debt was incurred
**10/24/2016**

Last 4 digits of account number
**6591**

Do multiple creditors have an
interest in the same property?

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**2017 Volvo 670 VIN: 4V4NC9EHXHN985006**

Describe the lien
**Secured Loan**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Red Rock LTO Units** | Describe debtor's property that is subject to a lien | $38,760.24 | $25,633.50 |
|---|---|---|---|---|

Creditor's Name

**200 Owen Parkway Circle
Carter Lake, IA 51510**

Creditor's mailing address

**2017 Volvo 670 VIN: 4V4NC9EH3HN985008**

Describe the lien
**Secured Loan**

---

| Debtor | **DM World Transportation LLC** | Case number (if known) | **6:20-bk-02684-LVV** |
|---|---|---|---|
| | Name | | |

roger@lonemountaintruck.com

Creditor's email address, if known

**Date debt was incurred**
**10/24/2016**

**Last 4 digits of account number**
**6592**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Red Rock LTO Units** | Describe debtor's property that is subject to a lien | $45,087.00 | $25,633.50 |

Creditor's Name

**200 Owen Parkway Circle**
**Carter Lake, IA 51510**

Creditor's mailing address

roger@lonemountaintruck.com

Creditor's email address, if known

**Date debt was incurred**
**10/24/2016**

**Last 4 digits of account number**
**6595**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2017 Volvo 670 VIN: 4V4NC9EH7HN984993**

**Describe the lien**
**Secured Loan**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Red Rock LTO Units** | Describe debtor's property that is subject to a lien | $36,614.44 | $30,496.50 |

Creditor's Name

**200 Owen Parkway Circle**
**Carter Lake, IA 51510**

Creditor's mailing address

roger@lonemountaintruck.com

Creditor's email address, if known

**Date debt was incurred**
**8/26/2016**

**Last 4 digits of account number**
**6264**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2017 Freighliner VIN: 3AKJGLDR6HSJA8860**

**Describe the lien**
**Secured Loan**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 7 of 12

| Debtor | **DM World Transportation LLC** | Case number (if known) | **6:20-bk-02684-LVV** |
|---|---|---|---|
| | Name | | |

---

**2.18**

**Red Rock LTO Units**
Creditor's Name

**200 Owen Parkway Circle
Carter Lake, IA 51510**
Creditor's mailing address

**roger@lonemountaintruck.
com**
Creditor's email address, if known

Date debt was incurred
**8/26/2016**
Last 4 digits of account number
**6267**

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2017 Freightliner VIN: 3AKJGLDR1HSJA8883**

Describe the lien
**Secured Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$27,258.04    $30,496.50

---

**2.19**

**RTS Financial Service, Inc.**
Creditor's Name

**9300 Metcalf Ave.
Overland Park, KS 66212**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**5/11/2020**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Trade Debt**

Describe the lien
**Factoring Agreement**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,054,000.00    Unknown

---

**2.20**

**Signature Finance**
Creditor's Name
**Attn: David McGovan
225 Broadhollow Rd, St
132W
Melville, NY 11747**
Creditor's mailing address

**dmcgowan@signatureny.c
om**
Creditor's email address, if known

Describe debtor's property that is subject to a lien
**25 Trailers**

Describe the lien
**Secured Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?

$590,688.70    $309,134.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **DM World Transportation LLC** | | Case number (if known) | **6:20-bk-02684-LVV** |
|---|---|---|---|---|
| | Name | | | |

**Date debt was incurred**

**8/22/2017**

**Last 4 digits of account number**

**9004**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Signature Finance** | Describe debtor's property that is subject to a lien | $440,224.60 | $220,779.51 |
|---|---|---|---|---|

Creditor's Name

**Attn: David McGovan**
**225 Broadhollow Rd, St**
**132W**
**Melville, NY 11747**

Creditor's mailing address

**dmcgowan@signatureny.c om**

Creditor's email address, if known

**Date debt was incurred**

**2/11/2019**

**Last 4 digits of account number**

**9008**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**17 Trailers**

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Signature Finance** | Describe debtor's property that is subject to a lien | $856,908.39 | $477,976.50 |
|---|---|---|---|---|

Creditor's Name

**Attn: David McGovan**
**225 Broadhollow Rd, St**
**132W**
**Melville, NY 11747**

Creditor's mailing address

**dmcgowan@signatureny.c om**

Creditor's email address, if known

**Date debt was incurred**

**7/11/2019**

**Last 4 digits of account number**

**9009**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**10 Semi Trucks**

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **DM World Transportation LLC** | | Case number (if known) | **6:20-bk-02684-LVV** |
|---|---|---|---|---|
| | Name | | | |

**2.2 3**

| **Sterling National Bank** | **Describe debtor's property that is subject to a lien** | $181,865.68 | $106,983.40 |
|---|---|---|---|
| Creditor's Name | **10 Trailers** | | |

**400 Rella Blvd**
**Montebello, NY 10901**

Creditor's mailing address

**Describe the lien**

**Secured Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**10/6/2017**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9002**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an**
**interest in the same property?**

☐ Contingent
☐ Unliquidated

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Disputed

---

**2.2 4**

| **Sterling National Bank** | **Describe debtor's property that is subject to a lien** | $433,238.41 | $218,774.70 |
|---|---|---|---|
| Creditor's Name | **17 Trailers** | | |

**400 Rella Blvd**
**Montebello, NY 10901**

Creditor's mailing address

**Describe the lien**

**Secured Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**12/19/2018**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9005**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an**
**interest in the same property?**

☐ Contingent
☐ Unliquidated

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Disputed

---

**2.2 5**

| **Sterling National Bank** | **Describe debtor's property that is subject to a lien** | $414,931.76 | $207,798.88 |
|---|---|---|---|
| Creditor's Name | **16 Trailers** | | |

**400 Rella Blvd**
**Montebello, NY 10901**

Creditor's mailing address

**Describe the lien**

**Secured Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**1/24/2019**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 10 of 12

| Debtor | **DM World Transportation LLC** | Case number (if known) | **6:20-bk-02684-LVV** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**
**9006**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **TCF Equipment Finance** | **Describe debtor's property that is subject to a lien** | **$195,039.56** | **$116,424.88** |
|---|---|---|---|---|
| | Creditor's Name | **11 Trailers** | | |

**11100 Wayzata Blvd, Ste 801**
**Minnetonka, MN 55305**
Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/22/2017**

**Last 4 digits of account number**
**9001**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **TCF Equipment Finance** | **Describe debtor's property that is subject to a lien** | **$195,658.91** | **$112,427.00** |
|---|---|---|---|---|
| | Creditor's Name | **10 Trailers** | | |

**11100 Wayzata Blvd, Ste 801**
**Minnetonka, MN 55305**
Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/20/2017**

**Last 4 digits of account number**
**0030**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$10,767,081.98** |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **DM World Transportation LLC** | Case number (if known) | **6:20-bk-02684-LVV** |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name    **DM World Transportation LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:20-bk-02684-LVV**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Ops**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,870.97     $19,870.97 |

Date or dates debt was incurred
**4/2020**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Payroll Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**ADP Augusta**<br>**One ADP Drive**<br>**Augusta, GA 30909** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $99,129.11 |

Date(s) debt was incurred  **1/1/2020**

Last 4 digits of account number  **8899**

Basis for the claim:  **Trade Debt (Payroll)**

Is the claim subject to offset? ☑ No ☐ Yes

| | | | |
|---|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address<br>**Bank of America Credit**<br>**P.O. Box 982238**<br>**El Paso, TX 79998** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $232,580.29 |

Date(s) debt was incurred  **3/1/2020**

Last 4 digits of account number  **3446**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **DM World Transportation LLC** | Case number (if known) | **6:20-bk-02684-LVV** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,521.68** |
|---|---|---|---|

**Bank of America Credit**
P.O. Box 982238
El Paso, TX 79998

Date(s) debt was incurred  **1/1/2020**

Last 4 digits of account number  **4564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$109,775.08** |
|---|---|---|---|

**Bondar Insurance Group**
619 Enterprise Dr., Ste. 202
Oak Brook, IL 60523

Date(s) debt was incurred  **12/1/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$46,669.47** |
|---|---|---|---|

**Bondar Insurance Group**
619 Enterprise Dr., Ste. 202
Oak Brook, IL 60523

Date(s) debt was incurred  **2/1/2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cargo Insurance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$154,797.83** |
|---|---|---|---|

**BowMan Sales & Equipment Inc**
10233 Governor Lane Blvd
Williamsport, MD 21795

Date(s) debt was incurred  **2/1/2020**

Last 4 digits of account number  **9244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$637,935.19** |
|---|---|---|---|

**BowMan Sales & Equipment Inc**
10233 Governor Lane Blvd
Williamsport, MD 21795

Date(s) debt was incurred  **2/1/2020**

Last 4 digits of account number  **7741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$269,209.99** |
|---|---|---|---|

**Comdata**
5301 Maryland Way
Brentwood, TN 37027

Date(s) debt was incurred  **4/1/2020**

Last 4 digits of account number  **6601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,331.64** |
|---|---|---|---|

**Cooper Tires & Rubber Co.**
701 Lima Ave.
Findlay, OH 45840

Date(s) debt was incurred  **8/1/2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **DM World Transportation LLC**    Case number (if known) **6:20-bk-02684-LVV**
_____    _____
Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,093.10 |
|---|---|---|---|

**Creative Financial Staffing**
**800 N. Magnolia Ave.**
**Suite 201**
**Orlando, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/1/2020**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,036.00 |
|---|---|---|---|

**DAT Solution**
**PO Box 783801**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,600.00 |
|---|---|---|---|

**Drive 360 Logistics**
**PO Box 497**
**Windermere, FL 34786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/1/2020**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,644,485.58 |
|---|---|---|---|

**Iberia Bank**
**315 E Ronbinson St., Ste 350**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/14/2018**

Basis for the claim: **Lot 2 and 3, PS BUILDING CR 427, according to the map or plat therof as recorded in Plat Book 77, Page 57, Public Records of Seminole County**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Jani King**
**2469 Sunset Point Road**
**Clearwater, FL 33765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/1/2020**

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $399,547.20 |
|---|---|---|---|

**Libertas Funding**
**382 Greenwich Ave.**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/6/2019**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **5037**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $310,169.23 |
|---|---|---|---|

**Libertas Funding**
**382 Greenwich Ave.**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/16/2019**

Basis for the claim: **Trade Debt**

Last 4 digits of account number **6150**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **DM World Transportation LLC** | | Case number (if known) | **6:20-bk-02684-LVV** |
|---|---|---|---|---|
| | Name | | | |

---

**3.17** | Nonpriority creditor's name and mailing address

**Love's Travel Stop**
**2766 US-17 S**
**Brunswick, GA 31523**

Date(s) debt was incurred  **2/1/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$24,104.85**

---

**3.18** | Nonpriority creditor's name and mailing address

**NCS Collection (Bridgestone)**
**PO Box 24101**
**Cleveland, OH 44124**

Date(s) debt was incurred  **7/1/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$58,865.90**

---

**3.19** | Nonpriority creditor's name and mailing address

**Passaic Industrial Property**
**co Law Office of Steven Lang**
**1 Broadway, Ste. 201**
**Denville, NJ 07834**

Date(s) debt was incurred  **2/1/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$788,416.65**

---

**3.20** | Nonpriority creditor's name and mailing address

**Penske**
**2177 W. Landstreet Road**
**Orlando, FL 32809**

Date(s) debt was incurred  **2/1/2020**

Last 4 digits of account number  **0373**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$92,502.32**

---

**3.21** | Nonpriority creditor's name and mailing address

**Premier Trailer**
**5201 Tennyson Parkway**
**Suite 205**
**Plano, TX 75024**

Date(s) debt was incurred  **9/1/2019**

Last 4 digits of account number  **9645**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Commercial Trailers**

Is the claim subject to offset? ☐ No  ☐ Yes

**$522,442.15**

---

**3.22** | Nonpriority creditor's name and mailing address

**Procon Fleet - Spireon**
**16802 Aston Street**
**Irvine, CA 92606**

Date(s) debt was incurred  **9/1/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$42,067.32**

---

**3.23** | Nonpriority creditor's name and mailing address

**Ryder Truck Rental, Inc.**
**6000 Windward Parkway**
**Alpharetta, GA 30005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt - Commercial Trailers**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,976,186.89**

---

| Debtor | **DM World Transportation LLC** | Case number (if known) | **6:20-bk-02684-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address

**Samsara**
**444 De Haro St.**
**Suite 101**
**San Francisco, CA 94107**

Date(s) debt was incurred  **1/1/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$40,784.96**

---

**3.25** | Nonpriority creditor's name and mailing address

**Samson Funding**
**4459 Amboy Road**
**Staten Island, NY 10312**

Date(s) debt was incurred  **10/15/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$178,251.50**

---

**3.26** | Nonpriority creditor's name and mailing address

**Samson Funding**
**4459 Amboy Road**
**Staten Island, NY 10312**

Date(s) debt was incurred  **12/9/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$373,006.64**

---

**3.27** | Nonpriority creditor's name and mailing address

**Spireon**
**16802 Aston Street**
**Irvine, CA 92606**

Date(s) debt was incurred  **9/1/2019**

Last 4 digits of account number  **5303**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$44,746.32**

---

**3.28** | Nonpriority creditor's name and mailing address

**St. Louis MRO**
**3895 Jeffco Blvd.**
**Arnold, MO 63010**

Date(s) debt was incurred  **1/1/2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,927.50**

---

**3.29** | Nonpriority creditor's name and mailing address

**Star Leasing**
**PO Box 76100**
**Cleveland, OH 44101**

Date(s) debt was incurred  **9/1/2019**

Last 4 digits of account number  **9675**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$821,104.82**

---

**3.30** | Nonpriority creditor's name and mailing address

**Sunport Holding**
**1515 N. Federal Hwy, Ste 306**
**Boca Raton, FL 33432**

Date(s) debt was incurred  **11/1/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$9,558.00**

---

| Debtor | **DM World Transportation LLC** | Case number (if known) | **6:20-bk-02684-LVV** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,721.49 |
|---|---|---|---|
| | **TruckNRoll**<br>**9880 Sidney Hayes Rd**<br>**Orlando, FL 32824** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10/1/2019** | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,101.25 |
|---|---|---|---|
| | **Verizon**<br>**2601 Maitland Center Pkwy**<br>**Longwood, FL 32752** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **4/1/2020** | Basis for the claim:  **Trade Debt - Tablets** | |
| | Last 4 digits of account number  **0001** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,818.57 |
|---|---|---|---|
| | **Verizon Connect**<br>**1100 Winter Street**<br>**Suite 4600**<br>**Waltham, MA 02451** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **4/1/2020** | Basis for the claim:  **Trade Debt - GPS Devices** | |
| | Last 4 digits of account number  **O001** | Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ryder Truck Rental, Inc.**<br>**P.O. Box 402366**<br>**Atlanta, GA 30384** | Line  **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Tucker, Albin & Assoc.**<br>**1702 N Collins Blvd, Ste 100**<br>**Richardson, TX 75080** | Line  **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Tucker, Albin & Assoc.**<br>**1702 N Collins Blvd, Ste 100**<br>**Richardson, TX 75080** | Line  **3.7**<br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ 19,870.97 |
| 5b. Total claims from Part 2 | | 5b. + | 11,002,488.52 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. | $ 11,022,359.49 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name   <strong>DM World Transportation LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)  <strong>6:20-bk-02684-LVV</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest  **Office Lease (Sunport Office)**<br><br>State the term remaining  **Expires 12/2020**<br><br>List the contract number of any government contract | **Adler Realty Services, LLC**<br>**925 S Semoran Blvd, Ste 122**<br>**Winter Park, FL 32792** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest  **Commercial Trailers Lease**<br><br>State the term remaining<br><br>List the contract number of any government contract | **BowMan Sales & Equipment Inc**<br>**10233 Governor Lane Blvd**<br>**Williamsport, MD 21795** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest  **Office Lease (Longwood Office)**<br><br>State the term remaining  **Expires 12/2043**<br><br>List the contract number of any government contract | **Dan Realty**<br>**8026 Sunport Drive, Ste. 305**<br>**Orlando, FL 32809** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest  **New Jersey Warehouse**<br><br>State the term remaining  **Expires 1/2022**<br><br>List the contract number of any government contract | **Passaic Industrial Property**<br>**1 Broadway, Ste. 201**<br>**Boonton, NJ 07005** |

Debtor 1   **DM World Transportation LLC**                                    Case number (*if known*)   **6:20-bk-02684-LVV**
_____
First Name      Middle Name      Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Trailers Lease** | |
|---|---|---|---|
| | State the term remaining | | **Premier Trailer**<br>**5201 Tennyson Parkway**<br>**Suite 205**<br>**Plano, TX 75024** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Trailers Lease** | |
|---|---|---|---|
| | State the term remaining | | **Ryder Truck Rental, Inc.**<br>**6000 Windward Parkway**<br>**Alpharetta, GA 30005** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **150 Gateways - Truck GPS Equipment** | |
|---|---|---|---|
| | State the term remaining | **Expires 1/2024** | **Samsara**<br>**1990 Alameda St., 5th Floor**<br>**San Francisco, CA 94103** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **50 Gateways - Truck GPS Equipment** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/2024** | **Samsara**<br>**1990 Alameda St., 5th Floor**<br>**San Francisco, CA 94103** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **200 Trailer GPS Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | **Expires 6/2021** | **Spireon**<br>**16802 Aston Street**<br>**Irvine, CA 92606** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **400 Trailer GPS Equipment Lease** | |
|---|---|---|---|
| | State the term remaining | **Expires 8/2020** | **Spireon**<br>**16802 Aston Street**<br>**Irvine, CA 92606** |
| | List the contract number of any | | |

| Debtor 1 | **DM World Transportation LLC** | | | Case number (*if known*) | **6:20-bk-02684-LVV** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Trailers Lease** | |
| | State the term remaining | | **Star Leasing** |
| | List the contract number of any government contract | | **PO Box 76100** **Cleveland, OH 44101** |

| | | | |
|---|---|---|---|
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Tablets for ELD Compliance** | |
| | State the term remaining | **Expires 3/2021** | **Verizon** |
| | List the contract number of any government contract | | **2601 Maitland Center Pkwy** **Longwood, FL 32752** |

| | | | |
|---|---|---|---|
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Volvo truck(s) lease** | |
| | State the term remaining | | **Volvo Financial Services** **c/o Nicolette C. Vilmos, Esq** |
| | List the contract number of any government contract | | **390 N Orange Ave, Ste 1400** **Orlando, FL 32801** |

**Fill in this information to identify the case:**

Debtor name __DM World Transportation LLC__

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  __6:20-bk-02684-LVV__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Abdujalil Razikov** | **12411 Holly Jane Court Orlando, FL 32824** | **Libertas Funding** | ☐ D _____ <br> ■ E/F __3.15__ <br> ☐ G _____ |
| 2.2 | **Abdujalil Razikov** | **12411 Holly Jane Court Orlando, FL 32824** | **Libertas Funding** | ☐ D _____ <br> ■ E/F __3.16__ <br> ☐ G _____ |
| 2.3 | **Abdujalil Razikov** | **12411 Holly Jane Court Orlando, FL 32824** | **Samson Funding** | ☐ D _____ <br> ■ E/F __3.25__ <br> ☐ G _____ |
| 2.4 | **Abdujalil Razikov** | **12411 Holly Jane Court Orlando, FL 32824** | **Samson Funding** | ☐ D _____ <br> ■ E/F __3.26__ <br> ☐ G _____ |
| 2.5 | **Abduvosit Razikov** | **12411 Holly Jane Court Orlando, FL 32824** | **Banc of America Leasing &** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **DM World Transportation LLC** | Case number *(if known)* | **6:20-bk-02684-LVV** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Abduvosit Razikov | 12411 Holly Jane Court Orlando, FL 32824 | Banc of America Leasing & | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.7 | Abduvosit Razikov | 12411 Holly Jane Court Orlando, FL 32824 | Banc of America Leasing & | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.8 | Abduvosit Razikov | 12411 Holly Jane Court Orlando, FL 32824 | Banc of America Leasing & | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.9 | Abduvosit Razikov | 12411 Holly Jane Court Orlando, FL 32824 | Bank of America Credit | ☐ D ____ ■ E/F __3.2__ ☐ G ____ |
| 2.10 | Abduvosit Razikov | 12411 Holly Jane Court Orlando, FL 32824 | Bank of America Credit | ☐ D ____ ■ E/F __3.3__ ☐ G ____ |
| 2.11 | Abduvosit Razikov | 12411 Holly Jane Court Orlando, FL 32824 | BMO Financial | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.12 | Abduvosit Razikov | 12411 Holly Jane Court Orlando, FL 32824 | BMO Financial | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.13 | Abduvosit Razikov | 12411 Holly Jane Court Orlando, FL 32824 | BMO Financial | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |

| Debtor | **DM World Transportation LLC** | Case number *(if known)* | **6:20-bk-02684-LVV** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Abduvosit Razikov** | 12411 Holly Jane Court<br>Orlando, FL 32824 | **BMO Financial** | ■ D  **2.8**<br>☐ E/F  ____<br>☐ G  ____ |
| 2.15 | **Abduvosit Razikov** | 12411 Holly Jane Court<br>Orlando, FL 32824 | **BowMan Sales & Equipment Inc** | ☐ D  ____<br>■ E/F  **3.6**<br>☐ G  ____ |
| 2.16 | **Abduvosit Razikov** | 12411 Holly Jane Court<br>Orlando, FL 32824 | **BowMan Sales & Equipment Inc** | ☐ D  ____<br>■ E/F  **3.7**<br>☐ G  ____ |
| 2.17 | **Abduvosit Razikov** | 12411 Holly Jane Court<br>Orlando, FL 32824 | **CenterState Bank** | ■ D  **2.9**<br>☐ E/F  ____<br>☐ G  ____ |
| 2.18 | **Abduvosit Razikov** | 12411 Holly Jane Court<br>Orlando, FL 32824 | **Daimler Truck Financial** | ■ D  **2.10**<br>☐ E/F  ____<br>☐ G  ____ |
| 2.19 | **Abduvosit Razikov** | 12411 Holly Jane Court<br>Orlando, FL 32824 | **Iberia Bank** | ☐ D  ____<br>■ E/F  **3.13**<br>☐ G  ____ |
| 2.20 | **Abduvosit Razikov** | 12411 Holly Jane Court<br>Orlando, FL 32824 | **Penske** | ☐ D  ____<br>■ E/F  **3.20**<br>☐ G  ____ |
| 2.21 | **Abduvosit Razikov** | 12411 Holly Jane Court<br>Orlando, FL 32824 | **Premier Trailer** | ☐ D  ____<br>■ E/F  **3.21**<br>☐ G  ____ |

| Debtor | **DM World Transportation LLC** | | Case number *(if known)* | **6:20-bk-02684-LVV** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Abduvosit Razikov** | **12411 Holly Jane Court** <br> **Orlando, FL 32824** | **Red Rock LTO Units** | ■ D   **2.13** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.23 | **Abduvosit Razikov** | **12411 Holly Jane Court** <br> **Orlando, FL 32824** | **Red Rock LTO Units** | ■ D   **2.14** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.24 | **Abduvosit Razikov** | **12411 Holly Jane Court** <br> **Orlando, FL 32824** | **Red Rock LTO Units** | ■ D   **2.15** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.25 | **Abduvosit Razikov** | **12411 Holly Jane Court** <br> **Orlando, FL 32824** | **Red Rock LTO Units** | ■ D   **2.16** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.26 | **Abduvosit Razikov** | **12411 Holly Jane Court** <br> **Orlando, FL 32824** | **Red Rock LTO Units** | ■ D   **2.17** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.27 | **Abduvosit Razikov** | **12411 Holly Jane Court** <br> **Orlando, FL 32824** | **Red Rock LTO Units** | ■ D   **2.18** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.28 | **Abduvosit Razikov** | **12411 Holly Jane Court** <br> **Orlando, FL 32824** | **Signature Finance** | ■ D   **2.20** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.29 | **Abduvosit Razikov** | **12411 Holly Jane Court** <br> **Orlando, FL 32824** | **Signature Finance** | ■ D   **2.21** <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **DM World Transportation LLC** | Case number *(if known)* | **6:20-bk-02684-LVV** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.30 | **Abduvosit Razikov** | 12411 Holly Jane Court<br>Orlando, FL 32824 | **Signature Finance** | ■ D ___2.22___<br>☐ E/F _____<br>☐ G _____ |
| 2.31 | **Abduvosit Razikov** | 12411 Holly Jane Court<br>Orlando, FL 32824 | **Spireon** | ☐ D _____<br>■ E/F ___3.27___<br>☐ G _____ |
| 2.32 | **Abduvosit Razikov** | 12411 Holly Jane Court<br>Orlando, FL 32824 | **Star Leasing** | ☐ D _____<br>■ E/F ___3.29___<br>☐ G _____ |
| 2.33 | **Abduvosit Razikov** | 12411 Holly Jane Court<br>Orlando, FL 32824 | **Sunport Holding** | ☐ D _____<br>■ E/F ___3.30___<br>☐ G _____ |
| 2.34 | **Abduvosit Razikov** | 12411 Holly Jane Court<br>Orlando, FL 32824 | **Lexus Financial** | ■ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | **Dan Realty** | 8026 Sunport Drive, Ste. 305<br>Orlando, FL 32809 | **CenterState Bank** | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | **Dan Realty** | 8026 Sunport Drive, Ste. 305<br>Orlando, FL 32809 | **Iberia Bank** | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |
| 2.37 | **Dilshod Mikhmanov** | 14112 Dove Hollow Dr.<br>Orlando, FL 32824 | **Daimler Truck Financial** | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **DM World Transportation LLC** | Case number *(if known)* | **6:20-bk-02684-LVV** |
|---|---|---|---|

| ▇ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.38 | **Dilshod Mikhmanov** | **14112 Dove Hollow Dr.** <br> **Orlando, FL 32824** | **RTS Financial Service, Inc.** | ■ D ___**2.19**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.39 | **Zukhrutdin Nurutdinov** | **1174 Breakwater Way** <br> **Saint Louis, MO 63114** | **Red Rock LTO Units** | ■ D ___**2.13**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.40 | **Zukhrutdin Nurutdinov** | **1174 Breakwater Way** <br> **Saint Louis, MO 63114** | **Red Rock LTO Units** | ■ D ___**2.14**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.41 | **Zukhrutdin Nurutdinov** | **1174 Breakwater Way** <br> **Saint Louis, MO 63114** | **Red Rock LTO Units** | ■ D ___**2.15**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.42 | **Zukhrutdin Nurutdinov** | **1174 Breakwater Way** <br> **Saint Louis, MO 63114** | **Red Rock LTO Units** | ■ D ___**2.16**___ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

DM World Transportation LLC (6:20-bk-02684-LVV)

Schedule B - Exhibit 47

| # | YEAR | MAKE | MODEL | VIN | COMPANY | Cost of Assets | Book Net Value | Straight-line | Market Value |
|---|------|------|-------|-----|---------|----------------|----------------|---------------|--------------|
| 1 | 2006 | HONDA | ODDYSEY | 5FNRL38746B053005 | DM OWNED | $ 4,840.35 | $ 4,658.84 | S/L | $ 2,329.42 |
| 2 | 2016 | BMW | X5 | 5UXKR2C56F0H37568 | DM OWNED | $ 38,894.00 | $ 23,498.46 | S/L | $ 11,749.23 |
| 3 | 2016 | LUIGONG | FORKLIFT | 2025H | DM OWNED | $ 27,289.13 | $ 16,487.19 | S/L | $ 8,243.59 |
| 4 | 2017 | DODGE | RAM | 3C7WRSBJ2HG724476 | DM OWNED | $ 41,520.79 | $ 32,351.61 | S/L | $ 16,175.81 |
| 5 | 2018 | LEXUS | RX 350 L | JTJGZKCAXJ2004564 | LEXUS FINANCE | $ 62,297.00 | $ 49,058.88 | S/L | $ 24,529.44 |
| 5 | 2016 | Freightliner | Tractor | 3AKJGLDR4GSHH6484 | Signature Financial LLC | $ 148,180.52 | $ 95,595.29 | S/L | $ 47,797.65 |
| 6 | 2016 | Freightliner | Tractor | 3AKJGLDR1GSHH6491 | Signature Financial LLC | $ 148,180.52 | $ 95,595.29 | S/L | $ 47,797.65 |
| 7 | 2016 | Freightliner | Tractor | 3AKJGLDR2GSHH6483 | Signature Financial LLC | $ 148,180.52 | $ 95,595.29 | S/L | $ 47,797.65 |
| 8 | 2016 | Freightliner | Tractor | 3AKJGLDR6GSHH6485 | Signature Financial LLC | $ 148,180.52 | $ 95,595.29 | S/L | $ 47,797.65 |
| 9 | 2016 | Freightliner | Tractor | 3AKJGLDR8GSHH6486 | Signature Financial LLC | $ 148,180.52 | $ 95,595.29 | S/L | $ 47,797.65 |
| 10 | 2018 | Freightliner | Tractor | 3AKJHHDR1JSJV4332 | Signature Financial LLC | $ 155,027.40 | $ 79,451.54 | S/L | $ 39,725.77 |
| 11 | 2018 | Freightliner | Tractor | 3AKJHHDR3JSJV4333 | Signature Financial LLC | $ 155,027.40 | $ 79,451.54 | S/L | $ 39,725.77 |
| 12 | 2018 | Freightliner | Tractor | 3AKJHHDR5JSJV4334 | Signature Financial LLC | $ 155,027.40 | $ 79,451.54 | S/L | $ 39,725.77 |
| 13 | 2018 | Freightliner | Tractor | 3AKJHHDR7JSJV4335 | Signature Financial LLC | $ 155,027.40 | $ 79,451.54 | S/L | $ 39,725.77 |
| 14 | 2018 | Freightliner | Tractor | 3AKJHHDR9JSJV4336 | Signature Financial LLC | $ 155,027.40 | $ 79,451.54 | S/L | $ 39,725.77 |
| 15 | 2019 | Freightliner | Tractor | 3AKJHHDR3KSKF8589 | Mercedes-Benz | $ 153,103.38 | $ 130,775.80 | S/L | $ 65,387.90 |
| 16 | 2019 | Freightliner | Tractor | 3AKJHHDRXKSKF8590 | Mercedes-Benz | $ 153,103.38 | $ 130,775.890 | S/L | $ 65,387.90 |
| 17 | 2017 | Freightliner | Tractor | 3AKJGLDR6HSJA8860 | Red Rock Capital | $ 173,500.00 | $ 60,993.00 | S/L | $ 30,496.50 |
| 18 | 2017 | Freightliner | Tractor | 3AKJGLDR1HSJA8883 | Red Rock Capital | $ 173,500.00 | $ 60,993.00 | S/L | $ 30,496.50 |
| 19 | 2017 | Volvo | Tractor | 4V4NC9EH7HN984993 | Red Rock Capital | $ 158,200.00 | $ 51,267.00 | S/L | $ 25,633.50 |
| 20 | 2017 | Volvo | Tractor | 4V4NC9EH8HN985005 | Red Rock Capital | $ 158,200.00 | $ 51,267.00 | S/L | $ 25,633.50 |
| 21 | 2017 | Volvo | Tractor | 4V4NC9EHXHN985006 | Red Rock Capital | $ 158,200.00 | $ 51,267.00 | S/L | $ 25,633.50 |
| 22 | 2017 | Volvo | Tractor | 4V4NC9EH3HN985008 | Red Rock Capital | $ 158,200.00 | $ 51,267.00 | S/L | $ 25,633.50 |
| 1 | 2016 | Utility | Dry Van | 1UYVS2536GP568707 | DM OWNED | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 2 | 2016 | Utility | Dry Van | 1UYVS2538GP568708 | DM OWNED | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 3 | 2016 | Utility | Dry Van | 1UYVS253XGP568709 | DM OWNED | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 4 | 2016 | Utility | Dry Van | 1UYVS2536GP568710 | DM OWNED | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 5 | 2016 | Utility | Dry Van | 1UYVS2538GP568711 | DM OWNED | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 6 | 2016 | Utility | Dry Van | 1UYVS253XGP568712 | DM OWNED | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 7 | 2016 | Utility | Dry Van | 1UYVS2531GP568713 | DM OWNED | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 8 | 2016 | Utility | Dry Van | 1UYVS2533GP568714 | DM OWNED | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 9 | 2016 | Utility | Dry Van | 1UYVS2535GP568715 | DM OWNED | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 10 | 2016 | Utility | Dry Van | 1UYVS2537GP568716 | DM OWNED | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 11 | 2017 | Great Dane | Dry Van | 1GRAP0628HT614108 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 12 | 2017 | Great Dane | Dry Van | 1GRAP062XHT614109 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 13 | 2017 | Great Dane | Dry Van | 1GRAP0626HT614110 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 14 | 2017 | Great Dane | Dry Van | 1GRAP0628HT614111 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 15 | 2017 | Great Dane | Dry Van | 1GRAP062XHT614112 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 16 | 2017 | Great Dane | Dry Van | 1GRAP0621HT614113 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 17 | 2017 | Great Dane | Dry Van | 1GRAP0623HT614114 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 18 | 2017 | Great Dane | Dry Van | 1GRAP0620HT614152 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 19 | 2017 | Great Dane | Dry Van | 1GRAP0622HT614153 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20 | 2017 | Great Dane | Dry Van | 1GRAP0624HT614154 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 21 | 2017 | Great Dane | Dry Van | 1GRAP0626HT614155 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 22 | 2017 | Great Dane | Dry Van | 1GRAP0628HT614156 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 23 | 2017 | Great Dane | Dry Van | 1GRAP062XHT614157 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 24 | 2017 | Great Dane | Dry Van | 1GRAP0621HT614158 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 25 | 2017 | Great Dane | Dry Van | 1GRAP0623HT614159 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 26 | 2017 | Great Dane | Dry Van | 1GRAP062XHT614160 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 27 | 2017 | Great Dane | Dry Van | 1GRAP0621HT614161 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 28 | 2017 | Great Dane | Dry Van | 1GRAP0623HT614162 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 29 | 2017 | Great Dane | Dry Van | 1GRAP0625HT614163 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 30 | 2017 | Great Dane | Dry Van | 1GRAP0627HT614164 | DM OWNED | $ 29,686.36 | $ 18,925.04 | S/L | $ 9,462.52 |
| 31 | 2017 | Great Dane | Dry Van | 1GRAP0629HT614165 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 32 | 2017 | Great Dane | Dry Van | 1GRAP0620HT614166 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 33 | 2017 | Great Dane | Dry Van | 1GRAP0622HT614167 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 34 | 2017 | Great Dane | Dry Van | 1GRAP0624HT614168 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 35 | 2017 | Great Dane | Dry Van | 1GRAP0626HT614169 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 36 | 2017 | Great Dane | Dry Van | 1GRAP0622HT614170 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 37 | 2017 | Great Dane | Dry Van | 1GRAP0624HT614171 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 38 | 2017 | Great Dane | Dry Van | 1GRAP0626HT614172 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 39 | 2017 | Great Dane | Dry Van | 1GRAP0628HT614173 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 40 | 2017 | Great Dane | Dry Van | 1GRAP062XHT614174 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 41 | 2017 | Great Dane | Dry Van | 1GRAP0621HT614175 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 42 | 2017 | Great Dane | Dry Van | 1GRAP0623HT614176 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 43 | 2017 | Great Dane | Dry Van | 1GRAP0625HT614177 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 44 | 2017 | Great Dane | Dry Van | 1GRAP0627HT614178 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 45 | 2017 | Great Dane | Dry Van | 1GRAP0629HT614179 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 46 | 2017 | Great Dane | Dry Van | 1GRAP0625HT614180 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 47 | 2017 | Great Dane | Dry Van | 1GRAP0627HT614181 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 48 | 2017 | Great Dane | Dry Van | 1GRAP0629HT614182 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 49 | 2017 | Great Dane | Dry Van | 1GRAP0620HT614183 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 50 | 2017 | Great Dane | Dry Van | 1GRAP0622HT614184 | DM OWNED | $ 31,686.36 | $ 20,464.09 | S/L | $ 10,232.05 |
| 51 | 2018 | Great Dane | Trailer 5 | 1GRAP062XJT127546 | BMO | $ 29,686.00 | $ 22,635.58 | S/L | $ 11,317.79 |
| 52 | 2018 | Great Dane | Trailer 5 | 1GRAP0621JT127547 | BMO | $ 29,686.00 | $ 22,635.58 | S/L | $ 11,317.79 |
| 53 | 2018 | Great Dane | Trailer 5 | 1GRAP0623JT127548 | BMO | $ 29,686.00 | $ 22,635.58 | S/L | $ 11,317.79 |
| 54 | 2018 | Great Dane | Trailer 5 | 1GRAP0625JT127549 | BMO | $ 29,686.00 | $ 22,635.58 | S/L | $ 11,317.79 |
| 55 | 2018 | Great Dane | Trailer 5 | 1GRAP0621JT127550 | BMO | $ 29,686.00 | $ 22,635.58 | S/L | $ 11,317.79 |
| 56 | 2018 | Great Dane | Trailer 30 | 1GRAP062XJT127501 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 57 | 2018 | Great Dane | Trailer 30 | 1GRAP0621JT127502 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 58 | 2018 | Great Dane | Trailer 30 | 1GRAP0623JT127503 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 59 | 2018 | Great Dane | Trailer 30 | 1GRAP0625JT127504 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 60 | 2018 | Great Dane | Trailer 30 | 1GRAP0627JT127505 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 61 | 2018 | Great Dane | Trailer 30 | 1GRAP0629JT127506 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 62 | 2018 | Great Dane | Trailer 30 | 1GRAP0620JT127507 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 63 | 2018 | Great Dane | Trailer 30 | 1GRAP0622JT127508 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 64 | 2018 | Great Dane | Trailer 30 | 1GRAP0624JT127509 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 65 | 2018 | Great Dane | Trailer 30 | 1GRAP0620JT127510 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |

| 66 | 2018 | Great Dane | Trailer 30 | 1GRAP0622JT127511 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 67 | 2018 | Great Dane | Trailer 30 | 1GRAP0624JT127512 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 68 | 2018 | Great Dane | Trailer 30 | 1GRAP0626JT127513 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 69 | 2018 | Great Dane | Trailer 30 | 1GRAP0628JT127514 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 70 | 2018 | Great Dane | Trailer 30 | 1GRAP062XJT127515 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 71 | 2018 | Great Dane | Trailer 30 | 1GRAP0621JT127516 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 72 | 2018 | Great Dane | Trailer 30 | 1GRAP0623JT127517 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 73 | 2018 | Great Dane | Trailer 30 | 1GRAP0625JT127518 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 74 | 2018 | Great Dane | Trailer 30 | 1GRAP0627JT127519 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 75 | 2018 | Great Dane | Trailer 30 | 1GRAP0623JT127520 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 76 | 2018 | Great Dane | Trailer 30 | 1GRAP0625JT127521 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 77 | 2018 | Great Dane | Trailer 30 | 1GRAP0627JT127522 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.51 |
| 78 | 2018 | Great Dane | Trailer 30 | 1GRAP0629JT127523 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 79 | 2018 | Great Dane | Trailer 30 | 1GRAP0620JT127524 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 80 | 2018 | Great Dane | Trailer 30 | 1GRAP0622JT127525 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 81 | 2018 | Great Dane | Trailer 30 | 1GRAP0624JT127526 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 82 | 2018 | Great Dane | Trailer 30 | 1GRAP0626JT127527 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 83 | 2018 | Great Dane | Trailer 30 | 1GRAP0628JT127528 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 84 | 2018 | Great Dane | Trailer 30 | 1GRAP062XJT127529 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 85 | 2018 | Great Dane | Trailer 30 | 1GRAP0626JT127530 | BMO | $ 29,767.66 | $ 22,449.77 | S/L | $ 11,224.89 |
| 86 | 2019 | Great Dane | Trailer 20 | 1GRAP0624KT154078 | BMO | $ 29,812.40 | $ 24,471.02 | S/L | $ 12,235.51 |
| 87 | 2019 | Great Dane | Trailer 20 | 1GRAP0626KT154079 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 88 | 2019 | Great Dane | Trailer 20 | 1GRAP0622KT154080 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 89 | 2019 | Great Dane | Trailer 20 | 1GRAP0624KT154081 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 90 | 2019 | Great Dane | Trailer 20 | 1GRAP0626KT154082 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 91 | 2019 | Great Dane | Trailer 20 | 1GRAP0628KT154083 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 92 | 2019 | Great Dane | Trailer 20 | 1GRAP062XKT154084 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 93 | 2019 | Great Dane | Trailer 20 | 1GRAP0621KT154085 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 94 | 2019 | Great Dane | Trailer 20 | 1GRAP0623KT154086 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 95 | 2019 | Great Dane | Trailer 20 | 1GRAP0625KT154087 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 96 | 2019 | Great Dane | Trailer 20 | 1GRAP0627KT154088 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 97 | 2019 | Great Dane | Trailer 20 | 1GRAP0629KT154089 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 98 | 2019 | Great Dane | Trailer 20 | 1GRAP0625KT154090 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 99 | 2019 | Great Dane | Trailer 20 | 1GRAP0627KT154091 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 100 | 2019 | Great Dane | Trailer 20 | 1GRAP0629KT154092 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 101 | 2019 | Great Dane | Trailer 20 | 1GRAP0620KT154093 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 102 | 2019 | Great Dane | Trailer 20 | 1GRAP0622KT154094 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 103 | 2019 | Great Dane | Trailer 20 | 1GRAP0624KT154095 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 104 | 2019 | Great Dane | Trailer 20 | 1GRAP0626KT154096 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 105 | 2019 | Great Dane | Trailer 20 | 1GRAP0628KT154097 | BMO | $ 29,812.35 | $ 24,470.97 | S/L | $ 12,235.48 |
| 106 | 2019 | Great Dane | Trailer 5 | 1GRAP062XKT154098 | BMO | $ 29,812.37 | $ 24,470.99 | S/L | $ 12,235.49 |
| 107 | 2019 | Great Dane | Trailer 5 | 1GRAP0621KT154099 | BMO | $ 29,812.37 | $ 24,470.99 | S/L | $ 12,235.49 |
| 108 | 2019 | Great Dane | Trailer 5 | 1GRAP0624KT154100 | BMO | $ 29,812.37 | $ 24,470.99 | S/L | $ 12,235.49 |
| 109 | 2019 | Great Dane | Trailer 5 | 1GRAP0626KT154101 | BMO | $ 29,812.37 | $ 24,470.99 | S/L | $ 12,235.49 |
| 110 | 2019 | Great Dane | Trailer 5 | 1GRAP0628KT154102 | BMO | $ 29,812.37 | $ 24,470.99 | S/L | $ 12,235.49 |
| 111 | 2019 | Great Dane | Trailer 25 | 1GRAP062XKTT154103 | BANC OF AMERICA | $ 29,816.00 | $ 24,722.43 | S/L | $ 12,361.22 |

| 112 | 2019 | Great Dane | Trailer 25 | 1GRAP0621KT154104 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 113 | 2019 | Great Dane | Trailer 25 | 1GRAP0623KT154105 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 114 | 2019 | Great Dane | Trailer 25 | 1GRAP0625KT154106 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 115 | 2019 | Great Dane | Trailer 25 | 1GRAP0627KT154107 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 116 | 2019 | Great Dane | Trailer 25 | 1GRAP0629KT154108 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 117 | 2019 | Great Dane | Trailer 25 | 1GRAP0620KT154109 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 118 | 2019 | Great Dane | Trailer 25 | 1GRAP0627KT154110 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 119 | 2019 | Great Dane | Trailer 25 | 1GRAP0629KT154111 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 120 | 2019 | Great Dane | Trailer 25 | 1GRAP0620KT154112 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 121 | 2019 | Great Dane | Trailer 25 | 1GRAP0622KT154113 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 122 | 2019 | Great Dane | Trailer 25 | 1GRAP0624KT154114 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 123 | 2019 | Great Dane | Trailer 25 | 1GRAP0626KT154115 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 124 | 2019 | Great Dane | Trailer 25 | 1GRAP0628KT154116 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 125 | 2019 | Great Dane | Trailer 25 | 1GRAP062XKT154117 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 126 | 2019 | Great Dane | Trailer 25 | 1GRAP0621KT154118 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 127 | 2019 | Great Dane | Trailer 25 | 1GRAP0623KT154119 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 128 | 2019 | Great Dane | Trailer 25 | 1GRAP062XKT154120 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 129 | 2019 | Great Dane | Trailer 25 | 1GRAP0621KT154121 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 130 | 2019 | Great Dane | Trailer 25 | 1GRAP0623KT154122 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 131 | 2019 | Great Dane | Trailer 25 | 1GRAP0625KT154123 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 132 | 2019 | Great Dane | Trailer 25 | 1GRAP0627KT154124 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 133 | 2019 | Great Dane | Trailer 25 | 1GRAP0629KT154125 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 134 | 2019 | Great Dane | Trailer 25 | 1GRAP0620KT154126 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 135 | 2019 | Great Dane | Trailer 25 | 1GRAP0622KT154127 | BANC OF AMERICA | $ | 29,816.00 | $ | 24,722.43 | S/L | $ | 12,361.22 |
| 136 | 2019 | Great Dane | Trailer 35 | 1GRAP0623KT154170 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 137 | 2019 | Great Dane | Trailer 35 | 1GRAP0625KT154171 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 138 | 2019 | Great Dane | Trailer 35 | 1GRAP0627KT154172 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 139 | 2019 | Great Dane | Trailer 35 | 1GRAP0629KT154173 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 140 | 2019 | Great Dane | Trailer 35 | 1GRAP0620KT154174 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 141 | 2019 | Great Dane | Trailer 35 | 1GRAP0622KT154175 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 142 | 2019 | Great Dane | Trailer 35 | 1GRAP0624KT154176 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 143 | 2019 | Great Dane | Trailer 35 | 1GRAP303KT0154177 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 144 | 2019 | Great Dane | Trailer 35 | 1GRAP0628KT154178 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 145 | 2019 | Great Dane | Trailer 35 | 1GRAP062XKT154179 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 146 | 2019 | Great Dane | Trailer 35 | 1GRAP0626KT154180 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 147 | 2019 | Great Dane | Trailer 35 | 1GRAP0621KT154181 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 148 | 2019 | Great Dane | Trailer 35 | 1GRAP062XKT154182 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 149 | 2019 | Great Dane | Trailer 35 | 1GRAP0621KT154183 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 150 | 2019 | Great Dane | Trailer 35 | 1GRAP0623KT154184 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 151 | 2019 | Great Dane | Trailer 35 | 1GRAP0625KT154185 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 152 | 2019 | Great Dane | Trailer 35 | 1GRAP0627KT154186 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 153 | 2019 | Great Dane | Trailer 35 | 1GRAP0629KT154187 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 154 | 2019 | Great Dane | Trailer 35 | 1GRAP0620KT154188 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 155 | 2019 | Great Dane | Trailer 35 | 1GRAP0622KT154189 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 156 | 2019 | Great Dane | Trailer 35 | 1GRAP0629KT154190 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 157 | 2019 | Great Dane | Trailer 35 | 1GRAP0620KT154191 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |

| 158 | 2019 | Great Dane | Trailer 35 | 1GRAP0622KT154192 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 159 | 2019 | Great Dane | Trailer 35 | 1GRAP0624KT154193 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 160 | 2019 | Great Dane | Trailer 35 | 1GRAP0626KT154194 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 161 | 2019 | Great Dane | Trailer 35 | 1GRAP0628KT154195 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 162 | 2019 | Great Dane | Trailer 35 | 1GRAP062XKT154196 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 163 | 2019 | Great Dane | Trailer 35 | 1GRAP0621KT154197 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 164 | 2019 | Great Dane | Trailer 35 | 1GRAP0623KT154198 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 165 | 2019 | Great Dane | Trailer 35 | 1GRAP0625KT154199 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 166 | 2019 | Great Dane | Trailer 35 | 1GRAP0628KT154200 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 167 | 2019 | Great Dane | Trailer 35 | 1GRAP062XKT154201 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 168 | 2019 | Great Dane | Trailer 35 | 1GRAP0621KT154202 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 169 | 2019 | Great Dane | Trailer 35 | 1GRAP0623KT154203 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 170 | 2019 | Great Dane | Trailer 35 | 1GRAP0625KT154204 | BANC OF AMERICA | $ | 29,708.00 | $ | 24,618.48 | S/L | $ | 12,309.24 |
| 171 | 2018 | Great Dane | Trailer 29 | 1GRAP0622JT118713 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 172 | 2018 | Great Dane | Trailer 29 | 1GRAP0624JT118714 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 173 | 2018 | Great Dane | Trailer 29 | 1GRAP0626JT118715 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 174 | 2018 | Great Dane | Trailer 29 | 1GRAP0628JT118716 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 175 | 2018 | Great Dane | Trailer 29 | 1GRAP062XJT118717 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 176 | 2018 | Great Dane | Trailer 29 | 1GRAP0621JT118718 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 177 | 2018 | Great Dane | Trailer 29 | 1GRAP0623JT118719 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 178 | 2018 | Great Dane | Trailer 29 | 1GRAP062XJT118720 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 179 | 2018 | Great Dane | Trailer 29 | 1GRAP0621JT118721 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 180 | 2018 | Great Dane | Trailer 29 | 1GRAP0623JT118722 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 181 | 2018 | Great Dane | Trailer 29 | 1GRAP0625JT118723 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 182 | 2018 | Great Dane | Trailer 29 | 1GRAP0627JT118724 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 183 | 2018 | Great Dane | Trailer 29 | 1GRAP0629JT118725 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 184 | 2018 | Great Dane | Trailer 29 | 1GRAP0620JT118726 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 185 | 2018 | Great Dane | Trailer 29 | 1GRAP0622JT118727 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 186 | 2018 | Great Dane | Trailer 29 | 1GRAP0624JT118728 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 187 | 2018 | Great Dane | Trailer 29 | 1GRAP0626JT118729 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 188 | 2018 | Great Dane | Trailer 29 | 1GRAP0622JT118730 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 189 | 2018 | Great Dane | Trailer 29 | 1GRAP0624JT118731 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 190 | 2018 | Great Dane | Trailer 29 | 1GRAP0626JT118732 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 191 | 2018 | Great Dane | Trailer 29 | 1GRAP0628JT118733 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 192 | 2018 | Great Dane | Trailer 29 | 1GRAP062XJT118734 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 193 | 2018 | Great Dane | Trailer 29 | 1GRAP0621JT118735 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 194 | 2018 | Great Dane | Trailer 29 | 1GRAP0623JT118736 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 195 | 2018 | Great Dane | Trailer 29 | 1GRAP0625JT118737 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 196 | 2018 | Great Dane | Trailer 29 | 1GRAP0627JT118738 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 197 | 2018 | Great Dane | Trailer 29 | 1GRAP0629JT118739 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 198 | 2018 | Great Dane | Trailer 29 | 1GRAP0625JT118740 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 199 | 2018 | Great Dane | Trailer 29 | 1GRAP0627JT118741 | BANC OF AMERICA | $ | 29,012.44 | $ | 21,638.45 | S/L | $ | 10,819.23 |
| 200 | 2018 | Great Dane | Trailer 5 | 1GRAP0620JT127541 | BANC OF AMERICA | $ | 29,686.00 | $ | 22,388.20 | S/L | $ | 11,194.10 |
| 201 | 2018 | Great Dane | Trailer 5 | 1GRAP0622JT127542 | BANC OF AMERICA | $ | 29,686.00 | $ | 22,388.20 | S/L | $ | 11,194.10 |
| 202 | 2018 | Great Dane | Trailer 5 | 1GRAP0624JT127543 | BANC OF AMERICA | $ | 29,686.00 | $ | 22,388.20 | S/L | $ | 11,194.10 |
| 203 | 2018 | Great Dane | Trailer 5 | 1GRAP0626JT127544 | BANC OF AMERICA | $ | 29,686.00 | $ | 22,388.20 | S/L | $ | 11,194.10 |

| 204 | 2018 | Great Dane | Trailer 5 | 1GRAP0628JT127545 | BANC OF AMERICA | $ | 29,686.00 | $ | 22,388.20 | S/L | $ | 11,194.10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 205 | 2019 | Great Dane | Trailer 16 | 1GRAP0627KT154205 | STERLING NATIONAL BANK | $ | 29,827.60 | $ | 25,974.87 | S/L | $ | 12,987.43 |
| 206 | 2019 | Great Dane | Trailer 16 | 1GRAP0629KT154206 | STERLING NATIONAL BANK | $ | 29,827.60 | $ | 25,974.87 | S/L | $ | 12,987.43 |
| 207 | 2019 | Great Dane | Trailer 16 | 1GRAP0620KT154207 | STERLING NATIONAL BANK | $ | 29,827.60 | $ | 25,974.87 | S/L | $ | 12,987.43 |
| 208 | 2019 | Great Dane | Trailer 16 | 1GRAP0622KT154208 | STERLING NATIONAL BANK | $ | 29,827.60 | $ | 25,974.87 | S/L | $ | 12,987.43 |
| 209 | 2019 | Great Dane | Trailer 16 | 1GRAP0624KT154209 | STERLING NATIONAL BANK | $ | 29,827.60 | $ | 25,974.87 | S/L | $ | 12,987.43 |
| 210 | 2019 | Great Dane | Trailer 16 | 1GRAP0620KT154210 | STERLING NATIONAL BANK | $ | 29,827.60 | $ | 25,974.87 | S/L | $ | 12,987.43 |
| 211 | 2019 | Great Dane | Trailer 16 | 1GRAP0622KT154211 | STERLING NATIONAL BANK | $ | 29,827.60 | $ | 25,974.87 | S/L | $ | 12,987.43 |
| 212 | 2019 | Great Dane | Trailer 16 | 1GRAP0624KT154212 | STERLING NATIONAL BANK | $ | 29,827.60 | $ | 25,974.87 | S/L | $ | 12,987.43 |
| 213 | 2019 | Great Dane | Trailer 16 | 1GRAP0626KT154213 | STERLING NATIONAL BANK | $ | 29,827.60 | $ | 25,974.87 | S/L | $ | 12,987.43 |
| 214 | 2019 | Great Dane | Trailer 16 | 1GRAP0628KT154214 | STERLING NATIONAL BANK | $ | 29,827.60 | $ | 25,974.87 | S/L | $ | 12,987.43 |
| 215 | 2019 | Great Dane | Trailer 16 | 1GRAP062XKT154215 | STERLING NATIONAL BANK | $ | 29,827.60 | $ | 25,974.87 | S/L | $ | 12,987.43 |
| 216 | 2019 | Great Dane | Trailer 16 | 1GRAP0621KT154216 | STERLING NATIONAL BANK | $ | 29,827.60 | $ | 25,974.87 | S/L | $ | 12,987.43 |
| 217 | 2019 | Great Dane | Trailer 16 | 1GRAP0623KT154217 | STERLING NATIONAL BANK | $ | 29,827.60 | $ | 25,974.87 | S/L | $ | 12,987.43 |
| 218 | 2019 | Great Dane | Trailer 16 | 1GRAP0625KT154218 | STERLING NATIONAL BANK | $ | 29,827.60 | $ | 25,974.87 | S/L | $ | 12,987.43 |
| 219 | 2019 | Great Dane | Trailer 16 | 1GRAP0627KT154219 | STERLING NATIONAL BANK | $ | 29,827.60 | $ | 25,974.87 | S/L | $ | 12,987.43 |
| 220 | 2019 | Great Dane | Trailer 16 | 1GRAP0623KT154220 | STERLING NATIONAL BANK | $ | 29,827.60 | $ | 25,974.87 | S/L | $ | 12,987.43 |
| 221 | 2019 | Great Dane | Trailer 17 (*9008) | 1GRAP0625KT154221 | SIGNATURE FINANCIAL LLC | $ | 29,826.68 | $ | 25,974.07 | S/L | $ | 12,987.03 |
| 222 | 2019 | Great Dane | Trailer 17 (*9008) | 1GRAP0627KT154222 | SIGNATURE FINANCIAL LLC | $ | 29,826.68 | $ | 25,974.07 | S/L | $ | 12,987.03 |
| 223 | 2019 | Great Dane | Trailer 17 (*9008) | 1GRAP0629KT154223 | SIGNATURE FINANCIAL LLC | $ | 29,826.68 | $ | 25,974.07 | S/L | $ | 12,987.03 |
| 224 | 2019 | Great Dane | Trailer 17 (*9008) | 1GRAP0620KT154224 | SIGNATURE FINANCIAL LLC | $ | 29,826.68 | $ | 25,974.07 | S/L | $ | 12,987.03 |
| 225 | 2019 | Great Dane | Trailer 17 (*9008) | 1GRAP0622KT154225 | SIGNATURE FINANCIAL LLC | $ | 29,826.68 | $ | 25,974.07 | S/L | $ | 12,987.03 |
| 226 | 2019 | Great Dane | Trailer 17 (*9008) | 1GRAP0624KT154226 | SIGNATURE FINANCIAL LLC | $ | 29,826.68 | $ | 25,974.07 | S/L | $ | 12,987.03 |
| 227 | 2019 | Great Dane | Trailer 17 (*9008) | 1GRAP0626KT154227 | SIGNATURE FINANCIAL LLC | $ | 29,826.68 | $ | 25,974.07 | S/L | $ | 12,987.03 |
| 228 | 2019 | Great Dane | Trailer 17 (*9008) | 1GRAP0628KT154228 | SIGNATURE FINANCIAL LLC | $ | 29,826.68 | $ | 25,974.07 | S/L | $ | 12,987.03 |
| 229 | 2019 | Great Dane | Trailer 17 (*9008) | 1GRAP062XKT154229 | SIGNATURE FINANCIAL LLC | $ | 29,826.68 | $ | 25,974.07 | S/L | $ | 12,987.03 |
| 230 | 2019 | Great Dane | Trailer 17 (*9008) | 1GRAP0626KT154230 | SIGNATURE FINANCIAL LLC | $ | 29,826.68 | $ | 25,974.07 | S/L | $ | 12,987.03 |
| 231 | 2019 | Great Dane | Trailer 17 (*9008) | 1GRAP0628KT154231 | SIGNATURE FINANCIAL LLC | $ | 29,826.68 | $ | 25,974.07 | S/L | $ | 12,987.03 |
| 232 | 2019 | Great Dane | Trailer 17 (*9008) | 1GRAP062XKT154232 | SIGNATURE FINANCIAL LLC | $ | 29,826.68 | $ | 25,974.07 | S/L | $ | 12,987.03 |
| 233 | 2019 | Great Dane | Trailer 17 (*9008) | 1GRAP0621KT154233 | SIGNATURE FINANCIAL LLC | $ | 29,826.68 | $ | 25,974.07 | S/L | $ | 12,987.03 |
| 234 | 2019 | Great Dane | Trailer 17 (*9008) | 1GRAP0623KT154234 | SIGNATURE FINANCIAL LLC | $ | 29,826.68 | $ | 25,974.07 | S/L | $ | 12,987.03 |
| 235 | 2019 | Great Dane | Trailer 17 (*9008) | 1GRAP0625KT154235 | SIGNATURE FINANCIAL LLC | $ | 29,826.68 | $ | 25,974.07 | S/L | $ | 12,987.03 |
| 236 | 2019 | Great Dane | Trailer 17 (*9008) | 1GRAP0627KT154236 | SIGNATURE FINANCIAL LLC | $ | 29,826.68 | $ | 25,974.07 | S/L | $ | 12,987.03 |
| 237 | 2019 | Great Dane | Trailer 17 (*9008) | 1GRAP0629KT154237 | SIGNATURE FINANCIAL LLC | $ | 29,826.68 | $ | 25,974.07 | S/L | $ | 12,987.03 |
| 238 | 2019 | Great Dane | Trailer 25 | 1GRAP0624KT154128 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 239 | 2019 | Great Dane | Trailer 25 | 1GRAP0626KT154129 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 240 | 2019 | Great Dane | Trailer 25 | 1GRAP0622KT154130 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 241 | 2019 | Great Dane | Trailer 25 | 1GRAP0624KT154131 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 242 | 2019 | Great Dane | Trailer 25 | 1GRAP0626KT154132 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 243 | 2019 | Great Dane | Trailer 25 | 1GRAP0628KT154133 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 244 | 2019 | Great Dane | Trailer 25 | 1GRAP062XKT154134 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 245 | 2019 | Great Dane | Trailer 25 | 1GRAP0621KT154135 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 246 | 2019 | Great Dane | Trailer 25 | 1GRAP0623KT154136 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 247 | 2019 | Great Dane | Trailer 25 | 1GRAP0625KT154137 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 248 | 2019 | Great Dane | Trailer 25 | 1GRAP0627KT154138 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 249 | 2019 | Great Dane | Trailer 25 | 1GRAP0629KT154139 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 250 | 2019 | Great Dane | Trailer 25 | 1GRAP0625KT154140 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 251 | 2019 | Great Dane | Trailer 25 | 1GRAP0627KT154141 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 252 | 2019 | Great Dane | Trailer 25 | 1GRAP0629KT154142 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 253 | 2019 | Great Dane | Trailer 25 | 1GRAP0620KT154143 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 254 | 2019 | Great Dane | Trailer 25 | 1GRAP0622KT154144 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 255 | 2019 | Great Dane | Trailer 25 | 1GRAP0624KT154145 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 256 | 2019 | Great Dane | Trailer 25 | 1GRAP0626KT154146 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 257 | 2019 | Great Dane | Trailer 25 | 1GRAP0628KT154147 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 258 | 2019 | Great Dane | Trailer 25 | 1GRAP062XKT154148 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 259 | 2019 | Great Dane | Trailer 25 | 1GRAP0628KT154150 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 260 | 2019 | Great Dane | Trailer 25 | 1GRAP062XKT154151 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 261 | 2019 | Great Dane | Trailer 25 | 1GRAP0621KT154152 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 262 | 2019 | Great Dane | Trailer 25 | 1GRAP0621JT127533 | SIGNATURE FINANCIAL LLC | $ | 29,826.00 | $ | 24,730.73 | S/L | $ | 12,365.36 |
| 263 | 2019 | Great Dane | Trailer 40 | 1GRAP0620KT154238 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 264 | 2019 | Great Dane | Trailer 40 | 1GRAP0622KT154239 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 265 | 2019 | Great Dane | Trailer 40 | 1GRAP0629KT154240 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 266 | 2019 | Great Dane | Trailer 40 | 1GRAP0620KT154241 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 267 | 2019 | Great Dane | Trailer 40 | 1GRAP0622KT154242 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 268 | 2019 | Great Dane | Trailer 40 | 1GRAP0624KT154243 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 269 | 2019 | Great Dane | Trailer 40 | 1GRAP0626KT154244 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 270 | 2019 | Great Dane | Trailer 40 | 1GRAP0628KT154245 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 271 | 2019 | Great Dane | Trailer 40 | 1GRAP062XKT154246 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 272 | 2019 | Great Dane | Trailer 40 | 1GRAP0621KT154247 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 273 | 2019 | Great Dane | Trailer 40 | 1GRAP0623KT154248 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 274 | 2019 | Great Dane | Trailer 40 | 1GRAP0625KT154249 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 275 | 2019 | Great Dane | Trailer 40 | 1GRAP0621KT154250 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 276 | 2019 | Great Dane | Trailer 40 | 1GRAP0623KT154251 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 277 | 2019 | Great Dane | Trailer 40 | 1GRAP0625KT154252 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 278 | 2019 | Great Dane | Trailer 40 | 1GRAP0627KT154253 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 279 | 2019 | Great Dane | Trailer 40 | 1GRAP0629KT154254 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 280 | 2019 | Great Dane | Trailer 40 | 1GRAP0620KT154255 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 281 | 2019 | Great Dane | Trailer 40 | 1GRAP0622KT154256 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 282 | 2019 | Great Dane | Trailer 40 | 1GRAP0624KT154257 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 283 | 2019 | Great Dane | Trailer 40 | 1GRAP0626KT154258 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 284 | 2019 | Great Dane | Trailer 40 | 1GRAP0628KT154259 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 285 | 2019 | Great Dane | Trailer 40 | 1GRAP0624KT154260 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 286 | 2019 | Great Dane | Trailer 40 | 1GRAP0626KT154261 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 287 | 2019 | Great Dane | Trailer 40 | 1GRAP0628KT154262 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 288 | 2019 | Great Dane | Trailer 40 | 1GRAP062XKT154263 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 289 | 2019 | Great Dane | Trailer 40 | 1GRAP0621KT154264 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 290 | 2019 | Great Dane | Trailer 40 | 1GRAP0623KT154265 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 291 | 2019 | Great Dane | Trailer 40 | 1GRAP0625KT154266 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 292 | 2019 | Great Dane | Trailer 40 | 1GRAP0627KT154267 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 293 | 2019 | Great Dane | Trailer 40 | 1GRAP0629KT154268 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 294 | 2019 | Great Dane | Trailer 40 | 1GRAP0620KT154269 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |
| 295 | 2019 | Great Dane | Trailer 40 | 1GRAP0627KT154270 | KEY EQUIPMENT FINANCE | $ | 29,775.50 | $ | 25,929.50 | S/L | $ | 12,964.75 |

| # | Year | Make | Model | VIN | Lender | Cost | Value | Method | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 296 | 2019 | Great Dane | Trailer 40 | 1GRAP0629KT154271 | KEY EQUIPMENT FINANCE | $ 29,775.50 | $ 25,929.50 | S/L | $ 12,964.75 |
| 297 | 2019 | Great Dane | Trailer 40 | 1GRAP0620KT154272 | KEY EQUIPMENT FINANCE | $ 29,775.50 | $ 25,929.50 | S/L | $ 12,964.75 |
| 298 | 2019 | Great Dane | Trailer 40 | 1GRAP0622KT154273 | KEY EQUIPMENT FINANCE | $ 29,775.50 | $ 25,929.50 | S/L | $ 12,964.75 |
| 299 | 2019 | Great Dane | Trailer 40 | 1GRAP0624KT154274 | KEY EQUIPMENT FINANCE | $ 29,775.50 | $ 25,929.50 | S/L | $ 12,964.75 |
| 300 | 2019 | Great Dane | Trailer 40 | 1GRAP0626KT154275 | KEY EQUIPMENT FINANCE | $ 29,775.50 | $ 25,929.50 | S/L | $ 12,964.75 |
| 301 | 2019 | Great Dane | Trailer 40 | 1GRAP0628KT154276 | KEY EQUIPMENT FINANCE | $ 29,775.50 | $ 25,929.50 | S/L | $ 12,964.75 |
| 302 | 2019 | Great Dane | Trailer 40 | 1GRAP062XKT154277 | KEY EQUIPMENT FINANCE | $ 29,775.50 | $ 25,929.50 | S/L | $ 12,964.75 |
| 303 | 2018 | Great Dane | Trailer 10 (*9002) | 1GRAP062XJT118703 | STERLING NATIONAL BANK | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 304 | 2018 | Great Dane | Trailer 10 (*9002) | 1GRAP0621JT118704 | STERLING NATIONAL BANK | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 305 | 2018 | Great Dane | Trailer 10 (*9002) | 1GRAP0623JT118705 | STERLING NATIONAL BANK | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 306 | 2018 | Great Dane | Trailer 10 (*9002) | 1GRAP0625JT118706 | STERLING NATIONAL BANK | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 307 | 2018 | Great Dane | Trailer 10 (*9002) | 1GRAP0627JT118707 | STERLING NATIONAL BANK | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 308 | 2018 | Great Dane | Trailer 10 (*9002) | 1GRAP0629JT118708 | STERLING NATIONAL BANK | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 309 | 2018 | Great Dane | Trailer 10 (*9002) | 1GRAP0620JT118709 | STERLING NATIONAL BANK | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 310 | 2018 | Great Dane | Trailer 10 (*9002) | 1GRAP0627JT118710 | STERLING NATIONAL BANK | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 311 | 2018 | Great Dane | Trailer 10 (*9002) | 1GRAP0629JT118711 | STERLING NATIONAL BANK | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 312 | 2018 | Great Dane | Trailer 10 (*9002) | 1GRAP0620JT118712 | STERLING NATIONAL BANK | $ 29,012.44 | $ 21,396.68 | S/L | $ 10,698.34 |
| 313 | 2018 | Great Dane | Trailer 11 | 1GRAP0629JT118692 | TCF EQUIPMENT FINANCE | $ 29,030.62 | $ 21,168.16 | S/L | $ 10,584.08 |
| 314 | 2018 | Great Dane | Trailer 11 | 1GRAP0620JT118693 | TCF EQUIPMENT FINANCE | $ 29,030.62 | $ 21,168.16 | S/L | $ 10,584.08 |
| 315 | 2018 | Great Dane | Trailer 11 | 1GRAP0622JT118694 | TCF EQUIPMENT FINANCE | $ 29,030.62 | $ 21,168.16 | S/L | $ 10,584.08 |
| 316 | 2018 | Great Dane | Trailer 11 | 1GRAP0624JT118695 | TCF EQUIPMENT FINANCE | $ 29,030.62 | $ 21,168.16 | S/L | $ 10,584.08 |
| 317 | 2018 | Great Dane | Trailer 11 | 1GRAP0626JT118696 | TCF EQUIPMENT FINANCE | $ 29,030.62 | $ 21,168.16 | S/L | $ 10,584.08 |
| 318 | 2018 | Great Dane | Trailer 11 | 1GRAP0628JT118697 | TCF EQUIPMENT FINANCE | $ 29,030.62 | $ 21,168.16 | S/L | $ 10,584.08 |
| 319 | 2018 | Great Dane | Trailer 11 | 1GRAP062XJT118698 | TCF EQUIPMENT FINANCE | $ 29,030.62 | $ 21,168.16 | S/L | $ 10,584.08 |
| 320 | 2018 | Great Dane | Trailer 11 | 1GRAP0621JT118699 | TCF EQUIPMENT FINANCE | $ 29,030.62 | $ 21,168.16 | S/L | $ 10,584.08 |
| 321 | 2018 | Great Dane | Trailer 11 | 1GRAP0624JT118700 | TCF EQUIPMENT FINANCE | $ 29,030.62 | $ 21,168.16 | S/L | $ 10,584.08 |
| 322 | 2018 | Great Dane | Trailer 11 | 1GRAP0626JT118701 | TCF EQUIPMENT FINANCE | $ 29,030.62 | $ 21,168.16 | S/L | $ 10,584.08 |
| 323 | 2018 | Great Dane | Trailer 11 | 1GRAP0628JT118702 | TCF EQUIPMENT FINANCE | $ 29,030.62 | $ 21,168.16 | S/L | $ 10,584.08 |
| 324 | 2018 | Great Dane | Trailer 10 - | 1GRAP0628JT127531 | TCF EQUIPMENT FINANCE | $ 29,814.90 | $ 22,485.40 | S/L | $ 11,242.70 |
| 325 | 2018 | Great Dane | Trailer 10 - | 1GRAP062XJT127532 | TCF EQUIPMENT FINANCE | $ 29,814.90 | $ 22,485.40 | S/L | $ 11,242.70 |
| 326 | 2018 | Great Dane | Trailer 10 - | 1GRAP0621JT127533 | TCF EQUIPMENT FINANCE | $ 29,814.90 | $ 22,485.40 | S/L | $ 11,242.70 |
| 327 | 2018 | Great Dane | Trailer 10 - | 1GRAP0623JT127534 | TCF EQUIPMENT FINANCE | $ 29,814.90 | $ 22,485.40 | S/L | $ 11,242.70 |
| 328 | 2018 | Great Dane | Trailer 10 - | 1GRAP0625JT127535 | TCF EQUIPMENT FINANCE | $ 29,814.90 | $ 22,485.40 | S/L | $ 11,242.70 |
| 329 | 2018 | Great Dane | Trailer 10 - | 1GRAP0627JT127536 | TCF EQUIPMENT FINANCE | $ 29,814.90 | $ 22,485.40 | S/L | $ 11,242.70 |
| 330 | 2018 | Great Dane | Trailer 10 - | 1GRAP0629JT127537 | TCF EQUIPMENT FINANCE | $ 29,814.90 | $ 22,485.40 | S/L | $ 11,242.70 |
| 331 | 2018 | Great Dane | Trailer 10 - | 1GRAP0620JT127538 | TCF EQUIPMENT FINANCE | $ 29,814.90 | $ 22,485.40 | S/L | $ 11,242.70 |
| 332 | 2018 | Great Dane | Trailer 10 - | 1GRAP0622JT127539 | TCF EQUIPMENT FINANCE | $ 29,814.90 | $ 22,485.40 | S/L | $ 11,242.70 |
| 333 | 2018 | Great Dane | Trailer 10 - | 1GRAP0629JT127540 | TCF EQUIPMENT FINANCE | $ 29,814.90 | $ 22,485.40 | S/L | $ 11,242.70 |
| 334 | 2018 | Great Dane | Trailer 17 (*9005) | 1GRAP0623KT154153 | STERLING NATIONAL BANK | $ 29,841.39 | $ 25,738.20 | S/L | $ 12,869.10 |
| 335 | 2018 | Great Dane | Trailer 17 (*9005) | 1GRAP0625KT154154 | STERLING NATIONAL BANK | $ 29,841.39 | $ 25,738.20 | S/L | $ 12,869.10 |
| 336 | 2018 | Great Dane | Trailer 17 (*9005) | 1GRAP0627KT154155 | STERLING NATIONAL BANK | $ 29,841.39 | $ 25,738.20 | S/L | $ 12,869.10 |
| 337 | 2018 | Great Dane | Trailer 17 (*9005) | 1GRAP0629KT154156 | STERLING NATIONAL BANK | $ 29,841.39 | $ 25,738.20 | S/L | $ 12,869.10 |
| 338 | 2018 | Great Dane | Trailer 17 (*9005) | 1GRAP0620KT154157 | STERLING NATIONAL BANK | $ 29,841.39 | $ 25,738.20 | S/L | $ 12,869.10 |
| 339 | 2018 | Great Dane | Trailer 17 (*9005) | 1GRAP0622KT154158 | STERLING NATIONAL BANK | $ 29,841.39 | $ 25,738.20 | S/L | $ 12,869.10 |
| 340 | 2018 | Great Dane | Trailer 17 (*9005) | 1GRAP0624KT154159 | STERLING NATIONAL BANK | $ 29,841.39 | $ 25,738.20 | S/L | $ 12,869.10 |
| 341 | 2018 | Great Dane | Trailer 17 (*9005) | 1GRAP0620KT154160 | STERLING NATIONAL BANK | $ 29,841.39 | $ 25,738.20 | S/L | $ 12,869.10 |

| 342 | 2018 | Great Dane | Trailer 17 (*9005) | 1GRAP0622KT154161 | STERLING NATIONAL BANK | $ | 29,841.39 | $ | 25,738.20 | S/L | $ | 12,869.10 |
| 343 | 2018 | Great Dane | Trailer 17 (*9005) | 1GRAP0624KT154162 | STERLING NATIONAL BANK | $ | 29,841.39 | $ | 25,738.20 | S/L | $ | 12,869.10 |
| 344 | 2018 | Great Dane | Trailer 17 (*9005) | 1GRAP0626KT154163 | STERLING NATIONAL BANK | $ | 29,841.39 | $ | 25,738.20 | S/L | $ | 12,869.10 |
| 345 | 2018 | Great Dane | Trailer 17 (*9005) | 1GRAP0628KT154164 | STERLING NATIONAL BANK | $ | 29,841.39 | $ | 25,738.20 | S/L | $ | 12,869.10 |
| 346 | 2018 | Great Dane | Trailer 17 (*9005) | 1GRAP0620XKT154165 | STERLING NATIONAL BANK | $ | 29,841.39 | $ | 25,738.20 | S/L | $ | 12,869.10 |
| 347 | 2018 | Great Dane | Trailer 17 (*9005) | 1GRAP0621KT154166 | STERLING NATIONAL BANK | $ | 29,841.39 | $ | 25,738.20 | S/L | $ | 12,869.10 |
| 348 | 2018 | Great Dane | Trailer 17 (*9005) | 1GRAP0623KT154167 | STERLING NATIONAL BANK | $ | 29,841.39 | $ | 25,738.20 | S/L | $ | 12,869.10 |
| 349 | 2018 | Great Dane | Trailer 17 (*9005) | 1GRAP0625KT154168 | STERLING NATIONAL BANK | $ | 29,841.39 | $ | 25,738.20 | S/L | $ | 12,869.10 |
| 350 | 2018 | Great Dane | Trailer 17 (*9005) | 1GRAP0627KT154169 | STERLING NATIONAL BANK | $ | 29,841.39 | $ | 25,738.20 | S/L | $ | 12,869.10 |

$ 9,831,078.38  $   -   $ 4,915,539.19

**Fill in this information to identify the case:**

Debtor name    **DM World Transportation LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:20-bk-02684-LVV**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

    Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

■ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

■ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

■ *Schedule H: Codebtors (Official Form 206H)*

■ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/09/2020    X _____
Signature of individual signing on behalf of debtor

**Abduvosit Razikov**
Printed name

**Manager**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **DM World Transportation LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:20-bk-02684-LVV**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$8,776,172.54** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$48,889,951.55** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$111,601,813.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Debtor | **DM World Transportation LLC** | Case number *(if known)* | **6:20-bk-02684-LVV** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached SoFA Exhibit 3** | | **$3,791,198.45** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Premier Trailer Leasing, Inc. vs. DM World Transportation LLC and Abduvosit Razikov 8:19-cv-02588-TPA-AAS** | **Breach of Contract** | **United States District Court 801 N. Florida Ave. Tampa, FL 33602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Pilsen Campus, LLC vs. Gurman Trucking, Inc. and DM World Transportation LLC 2020 L 001771** | **Breach of Contract** | **Clerk of the Court Richard J. Daley Center 50 West Washington - 1001 Chicago, IL 60602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | DM World Transportation LLC | Case number (if known) | 6:20-bk-02684-LVV |
|--------|------------------------------|------------------------|-------------------|

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------------------------------|-------------------------------------------|-------------|-------|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| **Debtor's books and records were lost due to Ransomware.** | **None** | **April 4, 2020** | **Unknown** |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shuker & Dorris, P.A.**<br>**121 S. Orange Avenue**<br>**Suite 1120**<br>**Orlando, FL 32801** | **Advance retainer for post-petition fees and costs.** | **May 12, 2020** | **$32,283.00** |
| | **Email or website address**<br>**rshuker@shukerdorris.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Shuker & Dorris, P.A.**<br>**121 S. Orange Avenue**<br>**Suite 1120**<br>**Orlando, FL 32801** | **Payment for prepetition fees and costs for preparation of the voluntary petition under Chapter 11 including the filing fee for the Debtor.** | **May 12, 2020** | **$18,717.00** |
| | **Email or website address**<br>**rshuker@shukerdorris.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | DM World Transportation LLC | Case number *(if known)* | 6:20-bk-02684-LVV |
| --- | --- | --- | --- |

**12. Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
    to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
    2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
    both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

| Part 7: | Previous Locations |
| --- | --- |

**14. Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

| Part 9: | Personally Identifiable Information |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

Debtor   **DM World Transportation LLC**                                   Case number *(if known)*   **6:20-bk-02684-LVV**

---

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Bank**<br>**929 W. State Road 343**<br>**Longwood, FL 32750** | **XXXX-6193** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/18/2019** | **$701.83** |
| 18.2. | **Chase Bank**<br>**929 W. State Road 343**<br>**Longwood, FL 32750** | **XXXX-7760** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/18/2019** | **$1.23** |
| 18.3. | **Bank of America**<br>**300 S Orange Ave., Ste.**<br>**1250A**<br>**Orlando, FL 32801** | **XXXX-8371** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/23/2019** | **$349.99** |
| 18.4. | **Bank of America**<br>**300 S Orange Ave., Ste.**<br>**1250A**<br>**Orlando, FL 32801** | **XXXX-0868** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/23/2019** | **$75,000.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

| Debtor | **DM World Transportation LLC** | Case number *(if known)* | **6:20-bk-02684-LVV** |
|---|---|---|---|

not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **David M. Cole, CPA, LLC** **5401 S. Kirkman Rd., Ste 700** **Orlando, FL 32819** | **2018 to present** |

| Debtor | DM World Transportation LLC | Case number *(if known)* | 6:20-bk-02684-LVV |
|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.2. | **Schafer, Tschopp, Whitcomb et al** **541 S. Orlando Ave., Ste. 312** **Maitland, FL 32751** | **2018 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Maryia Borys** **1630 Whitewater Falls** **Orlando, FL 32824** | |
| 26c.2. | **Maria Aquino** **14672 Kristenright Lane** **Orlando, FL 32826** | |
| 26c.3. | **Aziz Jalilov** **4698 Ross Lanier Lane** **Kissimmee, FL 34758** | |
| 26c.4. | **Beck Tokhtaev** **11249 Isle of Waterbridge, Apt 102** **Orlando, FL 32837** | |
| 26c.5. | **Dilshod Mikhmanov** **14112 Dove Hollow Dr.** **Orlando, FL 32824** | |
| 26c.6. | **Schafer, Tschopp, Whitcomb et al** **541 S Orlando Ave., Ste 312** **Maitland, FL 32751** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | | |
|---|---|---|
| 26d.1. | **BMO Financial** **PO Box 71951** **Chicago, IL 60694** | |
| 26d.2. | **BOA Equipment** **300 S. Orange Ave., Ste. 1250A** **Orlando, FL 32801** | |
| 26d.3. | **Bondar Insurance** **619 Enterprise Dr., Ste. 202** **Oak Brook, IL 60523** | |
| 26d.4. | **Bowman Trailer Leasing** **10233 Governor Lane Blvd.** **Williamsport, MD 21795** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **DM World Transportation LLC** | Case number *(if known)* **6:20-bk-02684-LVV** |
|---|---|---|

| **Name and address** |
|---|

| 26d.5. | **CenterState Bank**<br>**20 N. Orange Ae., Ste. 1303**<br>**Orlando, FL 32801** |
|---|---|
| 26d.6. | **Comdata**<br>**5301 Maryland Way**<br>**Brentwood, TN 37027** |
| 26d.7. | **Iberia Bank**<br>**315 E Ronbinson St., Ste 350**<br>**Orlando, FL 32801** |
| 26d.8. | **Keller William Team Realty**<br>**525 Piaget Ave, 2nd Floor**<br>**Clifton, NJ 07011** |
| 26d.9. | **Libertas Funding**<br>**382 Greenwich Ave.**<br>**Greenwich, CT 06830** |
| 26d.10. | **Pilot**<br>**5500 Lonas Drive**<br>**Knoxville, TN 37909** |
| 26d.11. | **Premier Trailer Leasing**<br>**PO Box 206553**<br>**Dallas, TX 75320** |
| 26d.12. | **Ryder Truck Rental and Leasing**<br>**PO Box 402366**<br>**Atlanta, GA 30384** |
| 26d.13. | **Samson Funding**<br>**4459 Amboy Road**<br>**Staten Island, NY 10312** |
| 26d.14. | **Signature Finance**<br>**Attn: David McGovan**<br>**225 Broadhollow Rd, St 132W**<br>**Melville, NY 11747** |
| 26d.15. | **Star Leasing**<br>**PO Box 76100**<br>**Cleveland, OH 44101** |

27. **Inventories**

    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Abduvosit Razikov** | **12411 Holly Jane Crt.**<br>**Orlando, FL 32824** | **Managing Member** | **50%** |

| Debtor | DM World Transportation LLC | | Case number *(if known)* | 6:20-bk-02684-LVV |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dilshod Mikhmanov | 14112 Dove Hollow Dr. Orlando, FL 32824 | Member | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Abduvosit Razikov** 12411 Holly Jane Court Orlando, FL 32824 | $392,734.64 | May 2019 to May 2020 | Salary and Company reimbursements |
| | **Relationship to debtor** Member | | | |
| 30.2. | **Dilshod Mikhmanov** 14112 Dove Hollow Dr. Orlando, FL 32824 | $239,663.55 | May 2019 to May 2020 | Salary and Company reimbursements |
| | **Relationship to debtor** Member | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **DM World Transportation LLC** _____    Case number *(if known)*  **6:20-bk-02684-LVV** _____

---

**Part 14:    Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/0 9 /2020
_____

_____    **Abduvosit Razikov** _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Manager** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 10

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Vendor | Address | Payment amount | Payment Date | Reason |
|---|---|---|---|---|
| American Express | 40 Wall Street, FL 22, New York, NY 10005 | $ 5,001.00 | 2/19/2020 | Payment Agreement |
| American Express | 40 Wall Street, FL 22, New York, NY 10005 | $ 5,000.00 | 2/19/2020 | Payment Agreement |
| American Express | 40 Wall Street, FL 22, New York, NY 10005 | $ 10,000.00 | 3/3/2020 | Payment Agreement |
| American Express | 40 Wall Street, FL 22, New York, NY 10005 | $ 10,000.00 | 3/5/2020 | Payment Agreement |
| American Express | 40 Wall Street, FL 22, New York, NY 10005 | $ 10,000.00 | 3/10/2020 | Payment Agreement |
| American Express | 40 Wall Street, FL 22, New York, NY 10005 | $ 10,000.00 | 3/13/2020 | Payment Agreement |
| American Express | 40 Wall Street, FL 22, New York, NY 10005 | $ 20,000.00 | 3/16/2020 | Payment Agreement |
| American Express | 40 Wall Street, FL 22, New York, NY 10005 | $ 5,000.00 | 4/1/2020 | Payment Agreement |
| American Express | 40 Wall Street, FL 22, New York, NY 10005 | $ 5,000.00 | 4/3/2020 | Payment Agreement |
| | | | | |
| Bank Of America (Line of Credit) | 100 North Tryon Street, Charlotte, NC 28255 | $ 9,299.06 | 3/10/2020 | Pulled from Owners Bank Account |
| | | | | |
| BMO Transportation Finance | P.O. Box 71951, Chicago, IL 60694 | $ 33,327.95 | 3/16/2020 | Payment Agreement |
| BMO Transportation Finance | P.O. Box 71951, Chicago, IL 60694 | $ 33,327.95 | 3/17/2020 | Payment Agreement |
| | | | | |
| Bondar Insurance Group | 619 Enterprise Dr, Suite 202, Oak Brook, IL 60523 | $ 5,000.00 | 3/10/2020 | Keep Active |
| Bondar Insurance Group | 619 Enterprise Dr, Suite 202, Oak Brook, IL 60523 | $ 5,000.00 | 3/12/2020 | Keep Active |
| Bondar Insurance Group | 619 Enterprise Dr, Suite 202, Oak Brook, IL 60523 | $ 5,000.00 | 4/10/2020 | Keep Active |
| Bondar Insurance Group | 619 Enterprise Dr, Suite 202, Oak Brook, IL 60523 | $ 5,000.00 | 4/17/2020 | Keep Active |
| Bondar Insurance Group | 619 Enterprise Dr, Suite 202, Oak Brook, IL 60523 | $ 5,000.00 | 4/20/2020 | Keep Active |
| Bondar Insurance Group | 619 Enterprise Dr, Suite 202, Oak Brook, IL 60523 | $ 5,000.00 | 4/28/2020 | Keep Active |
| Bondar Insurance Group | 619 Enterprise Dr, Suite 202, Oak Brook, IL 60523 | $ 5,000.00 | 5/4/2020 | Keep Active |
| Bondar Insurance Group | 619 Enterprise Dr, Suite 202, Oak Brook, IL 60523 | $ 5,000.00 | 5/8/2020 | Keep Active |
| | | | | |
| DAT Solutions | P.O. Box 783801, Philadelphia, PA 19178 | $ 3,018.00 | 3/9/2020 | Keep Active Sevice |
| DAT Solutions | P.O. Box 783801, Philadelphia, PA 19178 | $ 2,000.00 | 3/16/2020 | Keep Active Sevice |
| DAT Solutions | P.O. Box 783801, Philadelphia, PA 19178 | $ 2,000.00 | 3/17/2020 | Keep Active Sevice |
| DAT Solutions | P.O. Box 783801, Philadelphia, PA 19178 | $ 1,000.00 | 4/15/2020 | Keep Active Sevice |
| | | | | |
| Haas Law PLLC | 201 S Orange Ave, Suite 1017, Orlando, FL 32801 | $ 3,000.00 | 3/12/2020 | Legal Fees |
| Haas Law PLLC | 201 S Orange Ave, Suite 1017, Orlando, FL 32801 | $ 2,000.00 | 4/2/2020 | Legal Fees |
| Haas Law PLLC | 201 S Orange Ave, Suite 1017, Orlando, FL 32801 | $ 2,500.00 | 4/10/2020 | Legal Fees |
| Haas Law PLLC | 201 S Orange Ave, Suite 1017, Orlando, FL 32801 | $ 3,000.00 | 4/20/2020 | Legal Fees |
| | | | | |
| IPFS | 24722 Network Place, Chicago, IL 60673 | $ 41,872.20 | 2/27/2020 | Keep Active |
| IPFS | 24722 Network Place, Chicago, IL 60673 | $ 41,872.20 | 3/31/2020 | Keep Active |
| IPFS | 24722 Network Place, Chicago, IL 60673 | $ 39,878.29 | 4/28/2020 | Keep Active |
| | | | | |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 2,000.00 | 2/14/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 5,000.00 | 2/28/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 2,000.00 | 3/2/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 2,000.00 | 3/3/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 2,000.00 | 3/4/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 2,000.00 | 3/5/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 2,000.00 | 3/6/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 2,001.00 | 3/9/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 2,000.00 | 3/10/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 2,004.00 | 3/11/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 2,095.00 | 3/13/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 2,000.00 | 3/13/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 2,000.00 | 3/16/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 2,010.00 | 3/17/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 2,005.00 | 3/18/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 2,185.00 | 3/19/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 2,000.00 | 3/23/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 1,000.00 | 4/20/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 1,000.00 | 4/21/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 1,001.00 | 4/22/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 1,000.00 | 4/24/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 1,049.00 | 4/28/2020 | Keep Active Sevice |
| PCS Software, Inc | 110 Vision Park Blvd, Shenandoah, TX 77384 | $ 1,000.00 | 5/6/2020 | Keep Active Sevice |
| | | | | |
| RedRock Capital | 200 Owen Parkway Circle, Carter Lake, IA 51510 | $ 2,491.65 | 2/18/2020 | Keep Truck |
| RedRock Capital | 200 Owen Parkway Circle, Carter Lake, IA 51510 | $ 2,603.00 | 2/18/2020 | Keep Truck |
| RedRock Capital | 200 Owen Parkway Circle, Carter Lake, IA 51510 | $ 2,603.00 | 2/18/2020 | Keep Truck |
| RedRock Capital | 200 Owen Parkway Circle, Carter Lake, IA 51510 | $ 2,491.65 | 2/18/2020 | Keep Truck |
| RedRock Capital | 200 Owen Parkway Circle, Carter Lake, IA 51510 | $ 2,254.35 | 2/18/2020 | Keep Truck |
| RedRock Capital | 200 Owen Parkway Circle, Carter Lake, IA 51510 | $ 2,373.00 | 2/18/2020 | Keep Truck |
| RedRock Capital | 200 Owen Parkway Circle, Carter Lake, IA 51510 | $ 2,491.65 | 3/4/2020 | Keep Truck |
| RedRock Capital | 200 Owen Parkway Circle, Carter Lake, IA 51510 | $ 2,479.79 | 3/4/2020 | Keep Truck |
| RedRock Capital | 200 Owen Parkway Circle, Carter Lake, IA 51510 | $ 2,491.65 | 3/4/2020 | Keep Truck |
| RedRock Capital | 200 Owen Parkway Circle, Carter Lake, IA 51510 | $ 2,373.00 | 3/4/2020 | Keep Truck |
| RedRock Capital | 200 Owen Parkway Circle, Carter Lake, IA 51510 | $ 2,603.00 | 3/4/2020 | Keep Truck |

| | | | | |
|---|---|---|---|---|
| RedRock Capital | 200 Owen Parkway Circle, Carter Lake, IA 51510 | $ | 2,733.15 | 3/4/2020 | Keep Truck |
| RedRock Capital | 200 Owen Parkway Circle, Carter Lake, IA 51510 | $ | 2,623.00 | 4/22/2020 | Keep Truck |
| RedRock Capital | 200 Owen Parkway Circle, Carter Lake, IA 51510 | $ | 2,622.70 | 4/22/2020 | Keep Truck |
| RedRock Capital | 200 Owen Parkway Circle, Carter Lake, IA 51510 | $ | 2,511.65 | 4/22/2020 | Keep Truck |
| | | | | | |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 50,000.00 | 2/14/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 100,000.00 | 2/19/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 95,000.00 | 2/20/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 100,000.00 | 2/21/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 100,000.00 | 2/21/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 205,000.00 | 2/24/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 200,000.00 | 2/28/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 130,000.00 | 3/6/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 90,000.00 | 3/13/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 100,000.00 | 3/18/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 100,000.00 | 3/19/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 100,000.00 | 3/23/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 100,000.00 | 3/30/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 65,000.00 | 4/1/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 60,000.00 | 4/1/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 200,000.00 | 4/10/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 70,000.00 | 4/15/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 100,000.00 | 4/17/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 125,000.00 | 4/20/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 125,000.00 | 4/20/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 125,000.00 | 4/22/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 160,966.79 | 4/24/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 125,000.00 | 4/28/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 150,000.00 | 5/1/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 95,836.96 | 5/4/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 100,000.00 | 5/4/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 125,000.00 | 5/5/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 100,000.00 | 5/11/2020 | Keep Active Sevice |
| Ryder Transportation Svcs | P.O. Box 402366, Atlanta, GA 30384 | $ | 100,000.00 | 5/12/2020 | Keep Active Sevice |
| | | | | | |
| Star Leasing Company | P.O. Box 76100, Cleveland, OH 44101 | $ | 30,855.80 | 2/11/2020 | Keep Trailers |
| Star Leasing Company | P.O. Box 76100, Cleveland, OH 44101 | $ | 20,000.00 | 2/11/2020 | Keep Trailers |
| | | | | | |
| Verizon | 2601 Maitland Center , Maitland FL 32752 | $ | 4,459.16 | 5/11/2020 | Keep Active Sevice |
| Verizon | 2601 Maitland Center , Maitland FL 32752 | $ | 5,887.15 | 4/22/2020 | Keep Active Sevice |
| Verizon | 2601 Maitland Center , Maitland FL 32752 | $ | 1,000.00 | 4/20/2020 | Keep Active Sevice |
| Verizon | 2601 Maitland Center , Maitland FL 32752 | $ | 1,000.00 | 4/17/2020 | Keep Active Sevice |
| Verizon | 2601 Maitland Center , Maitland FL 32752 | $ | 2,000.00 | 4/13/2020 | Keep Active Sevice |
| Verizon | 2601 Maitland Center , Maitland FL 32752 | $ | 2,000.00 | 4/6/2020 | Keep Active Sevice |
| Verizon | 2601 Maitland Center , Maitland FL 32752 | $ | 2,000.00 | 3/25/2020 | Keep Active Sevice |
| Verizon | 2601 Maitland Center , Maitland FL 32752 | $ | 2,000.00 | 3/19/2020 | Keep Active Sevice |
| Verizon | 2601 Maitland Center , Maitland FL 32752 | $ | 2,000.00 | 3/13/2020 | Keep Active Sevice |
| Verizon | 2601 Maitland Center , Maitland FL 32752 | $ | 2,000.00 | 3/6/2020 | Keep Active Sevice |
| | | | | | |