**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

IN RE                                              CASE NO.:   6:20-bk-02684-LVV

**DM WORLD TRANSPORTATION LLC,**       CHAPTER 11

      **Debtor.**
_____

**DEBTOR'S MOTION TO ASSUME UNEXPIRED LEASES WITH**
**CRESCO CAPITAL, INC. AND RED ROCK CAPITAL, LLC**

**DM WORLD TRANSPORTATION LLC,** ("Debtor"), by and through its undersigned counsel, and pursuant to Section 365(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy Procedure, hereby requests the entry of an order authorizing the Debtor to assume the unexpired leases for certain commercial trucking equipment by and between the Debtor and **CRESCO CAPITAL, INC.** ("Cresco") and **RED ROCK CAPITAL, LLC** ("Red Rock") (Cresco and Red Rock are collectively, the "Lessors") (the "Motion"). In support of the Motion, Debtor states as follows:

**Background**

1. On May 12, 2020 (the "Petition Date"), the Debtor filed its petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). No trustee has been appointed. The Debtor continues to operate its business and manage its property as a debtor in possession under §§ 1107 and 1108 of the Bankruptcy Code.

2. Debtor is a party to certain commercial leases with the Lessors (lease numbers 10106264, 10106267, 10106590, 10106591, 10106592, and 10106595 (the "Leases"). A copy of the Leases are available upon written request to the undersigned Counsel.

3. The Leases remain active and are assets of the Debtor and its estate.

4. Debtor and Lessors have agreed to a six (6) month cure period for each Lease. Accordingly, the following payment terms will apply to the Leases:

| Lease Number | Monthly Payment Amount | Number of Remaining Monthly Payments | Final Payment Amount | Arrearage Payment Amount | Number of Arrearage Payments |
|---|---|---|---|---|---|
| 10106264 | $2,603.00 | 14 Months | $302.59 | $455.53 | 6 Months |
| 10106267 | $2,603.00 | 10 Months | $1,358.19 | $455.53 | 6 Months |
| 10106590 | $2,373.00 | 17 Months | $280.05 | $415.28 | 6 Months |
| 10106591 | $2,373.00 | 17 Months | $1,140.57 | $415.28 | 6 Months |
| 10106592 | $2,373.00 | 16 Months | $910.89 | $415.28 | 6 Months |
| 10106595 | $2,373.00 | 19 Months | $118.65 | $415.28 | 6 Months |

5. The above monthly payments shall begin upon entry of an Order approving this Motion and the arrearage payments will start on October 1, 2020.

6. By this Motion, Debtor seeks to assume the Leases pursuant to Section 365(a) of the Bankruptcy Code; the Leases for a core aspect of Debtor's business and assumption is in the best interest of the estate.

**Relief Requested**

7. Pursuant to Sections 365(a) and 1107(a) of the Bankruptcy Code, a debtor-in-possession may assume or reject any executory contract or unexpired lease of the debtor, subject to court approval. The right of a debtor-in-possession to assume the unexpired leases and executory contracts is fundamental to the bankruptcy process because it supplies a mechanism to supplement its financial responsibilities to the bankruptcy estate.

8. Debtor has concluded that the Leases are necessary for an effective reorganization

and that continued performance under the Leases would not constitute an unnecessary drain upon the financial resources of the Debtor without any corresponding benefit to its bankrupt estates. In light of the foregoing, Debtor has determined, in the exercise of its business judgment, that assumption of the Leases is in the best interests of its bankrupt estate. Accordingly, Debtor submits that the assumption of the Leases comports with the requirements of Section 365(a) of the Bankruptcy Code and satisfies the business judgment rule.

**WHEREFORE**, **DM WORLD TRANSPORTATION LLC** respectfully requests the Court enter an order: (i) authorizing the assumption of the Leases; and (ii) granting such additional and further relief as the Court deems appropriate.

**RESPECTFULLY SUBMITTED** this 26th day of August 2020.

/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No.: 984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Tel: (407) 337-2060
Fax: (407) 337-2050
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

IN RE                                                                  CASE NO.:   6:20-bk-02684-LVV

**DM WORLD TRANSPORTATION LLC,**              CHAPTER 11

           Debtor.
_____

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true copy of **DEBTOR'S MOTION TO ASSUME UNEXPIRED LEASES WITH CRESCO CAPITAL, INC. AND RED ROCK CAPITAL, LLC**, has been furnished either electronically or by U.S. First Class, postage prepaid mail to: **DM WORLD TRANSPORTATION LLC**, 450 South Ronald Reagan Boulevard, Longwood, Florida 32750; **RED ROCK CAPITAL, LLC** and **CRESCO CAPITAL, INC.**, Attn: Legal Department, 200 Owen Parkway Circle, Carter Lake, IA 51510 (mthroneberry@lonemountaintruck.com); **RTS FINANCIAL SERVICE, INC.**, c/o Harris J. Koroglu, Esq., Shutts & Bowen LLP, 200 South Biscayne Blvd., Suite 4100, Miami Florida 33131 (hkoroglu@shutts.com); **RYDER TRUCK RENTAL, INC.**, c/o James E. Shepherd, Esq., Forster Boughman, 2200 Lucien Way, Suite 405, Maitland, Florida 32751 (shepherd@fbl-law.com and service@fbl-law.com); **BMO HARRIS, N.A.,** c/o Alexis A. Leventhal, Esq., REED SMITH LLP, Reed Smith Centre, 225 Fifth Avenue, Pittsburgh, Pennsylvania 15222 (aleventhal@reedsmith.com); **BANK OF AMERICA, N.A.**, c/o Mark E. Steiner, Esq., Liebler, Gonzalez & Portuondo, Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130; **PREMIER TRAILER LEASING, INC.**, c/o Roger J. Haughey, II, Esq., Sivyer Barlow & Watson, P.A., 401 E. Jackson St., Ste 2225, Tampa, Florida 33602 (rhaughey@sbwlegal.com and rjhassistant@sbwlegal.com); **IBERIABANK**, c/o Zachary J. Bancroft, Esq., Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 200 S Orange Ave, Ste 2900, PO Box 1549, Orlando, Florida 32802-1549 (zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com, and bkcts@bakerdonelson.com); **STAR LEASING CO.**, c/o Gordon Law Firm Co, LPA, Attn: James H. Gordon, Esq., 7677 Patterson Rd, Hillard, Ohio 43026 (jgordon@gordonlawco.com); Genovese Joblove & Battista, P.A., Attn: Paul J. Battista, Esq., 100 SE 2nd Ave, Suite 4400, Miami, Florida 33131 (pbattista@gjb-law.com); all parties who receive notice via CM/ECF in the ordinary course; all creditors and interested parties as shown on the Local Rule 1007-2 matrix attached to the original of this motion filed with the Court; and the Office of the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801, on this 26th day of August 2020.

                                                                                          /s/ R. Scott Shuker
                                                                                          R. Scott Shuker, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:20-bk-02684-LVV<br>Middle District of Florida<br>Orlando<br>Wed Aug 26 13:49:23 EDT 2020 | DM World Transportation LLC<br>450 S. Ronald Reagan Blvd.<br>Longwood, FL 32750-5405 | ADP Augusta<br>One ADP Drive<br>Augusta, GA 30909-9373 |
| BANK OF AMERICA, N.A.<br>c/o Mark E. Steiner, Esquire<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street, 25th Floor<br>Miami, FL 33130-1817 | CenterState Bank, N.A.<br>c/o Grey Squires-Binford, Esq.<br>Post Office Box 1913<br>Orlando, FL 32802-1913 | IBERIABANK<br>c/o Zachary J. Bancroft, Esq.<br>200 S. Orange Ave., Ste. 2900<br>Orlando, FL 32801-3448 |
| KeyBank National Association<br>c/o Michael A. Axel<br>127 Public Square Second Floor<br>Cleveland, OH  44114-1306 | Official Committee of Unsecured Creditors<br>c/o John B. Hutton III, Esq.<br>GREENBERG TRAURIG, P.A.<br>333 S.E. Second Ave, Suite 4400<br>Miami, Florida 33131-3238 | Premier Trailer<br>5201 Tennyson Parkway<br>Suite 205<br>Plano, TX 75024-4116 |
| RTS Financial Services, Inc.<br>c/o Harris J. Koroglu, Esq.<br>Shutts & Bowen, LLP<br>200 S Biscayne Blvd #4100<br>Miami, FL 33131-2362 | Ryder Truck Rental, Inc.<br>Mike S. Mandell, Corporate Collection Ma<br>11690 NW  105th Street<br>Miami, FL 33178-1103 | Ryder Truck Rental, Inc.<br>c/o James E. Shepherd, Esq.<br>ForsterBoughman<br>2200 Lucien Way, #405<br>Maitland, FL 32751-7048 |
| Signature Financial LLC d/b/a Signature Fina<br>c/o Ronald S. Beacher, Esq.<br>Pryor Cashman LLP<br>7 Times Square<br>New York, NY 10036-6569 | Star Leasing Co.<br>Rob Swan, Controller<br>4080 Business Park Drive<br>Columbus, OH 43204-5023 | Star Leasing Co.<br>c/o Paul J. Battista, Esq.<br>Genovese Joblove & Battista, P.A.<br>100 SE 2nd Street, Suite 4400<br>Miami, FL 33131-2118 |
| TCF National Bank<br>c/o Michael A. Tessitore, Esq.<br>Moran Kidd Lyons Johnson Garcia, P.A.<br>111 N. Orange Avenue, Suite 900<br>Orlando, FL 32801-2307 | TruckNRoll<br>9880 Sidney Hayes Rd<br>Orlando, FL 32824-8127 | Volvo Financial Services Div of VFS US LLC<br>c/o Nelson Mullins Broad and Cassel<br>Nicolette C Vilmos Esq<br>390 N Orange Ave Ste 1400<br>Orlando FL 32801-1687 |
| Zachary J Bancroft +<br>Baker, Donelson, Bearman, Caldwell & Ber<br>Caldwell & Berkowitz, PC<br>P.O. Box 1549<br>Orlando, FL 32802-1549 | Paul J Battista +<br>Genovese Joblove & Battista PA<br>100 Southeast 2nd Street<br>44th Floor<br>Miami, FL 33131-2100 | R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue<br>Suite 1120<br>Orlando, FL 32801-3238 |
| Michael A Tessitore +<br>Moran Kidd Lyons Johnson Garcia, P.A.<br>111 N. Orange Avenue, Suite 900<br>Orlando, FL 32801-2307 | John B Hutton +<br>Greenberg Traurig PA<br>333 Avenue of the Americas<br>Suite 4400<br>Miami, FL 33131-3238 | United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Roger J Haughey II+<br>Sivyer Barlow & Watson,PA<br>SunTrust Financial Centre<br>401 East Jackson Street, Suite 2225<br>Tampa, FL 33602-5213 | Miriam G Suarez +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Nicolette C Vilmos +<br>Nelson Mullins Broad and Cassel<br>390 North Orange Avenue, Suite 1400<br>Orlando, FL 32801-1687 |
| (p)GREY SQUIRES BINFORD<br>ATTN KILLGORE PEARLMAN<br>POST OFFICE BOX 1913<br>ORLANDO FL 32802-1913 | Harris J Koroglu +<br>Shutts & Bowen LLP<br>200 South Biscayne Boulevard, Suite 4100<br>Miami, FL 33131-2362 | Michael P Shuster +<br>Porter Wright Morris & Arthur, LLP<br>9132 Strada Place, 3rd Floor<br>Naples, FL 34108-2942 |

| | | |
|---|---|---|
| Ronald S Beacher +<br>Pryor Cashman LLP<br>7 Times Square<br>New York, NY 10036-6569 | Mark E Steiner +<br>Liebler, Gonzalez & Portuondo, P.A.<br>44 W. Flagler Street, 25th Floor<br>Miami, FL 33130-1808 | James E Shepherd +<br>Forster, Boughman & Lefkowitz<br>2200 Lucien Way, Suite 405<br>Maitland, FL 32751-7048 |
| Ari Newman +<br>Greenberg Traurig, P.A.<br>333 Avenue of the Americas<br>Suite 4400<br>Miami, FL 33131-3238 | Alexis A Leventhal +<br>Reed Smith LLP<br>225 Fifth Avenue<br>Pittsburg, PA 15222-2716 | James Gordon +<br>Gordon Law Firm Co, LPA<br>7677 Patterson Road<br>Hillard, OH 43026-9494 |
| Michael A. Axel +<br>KeyBank Bank National Association<br>127 Public Square, Second Floor<br>Cleveland, OH 44114-1306 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Grey Squires-Binford +
Killgore Pearlman Stamp Denius & Squires
PO Box 1913
Orlando, FL 32802

End of Label Matrix
Mailable recipients    37
Bypassed recipients     0
Total                  37