**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| IN RE | CASE NO.:   6:20-bk-02684-LVV |
| DM WORLD TRANSPORTATION LLC, | CHAPTER 11 |
| Debtor. | |

**DEBTOR'S MOTION TO ASSUME EXECUTORY**
**CONTRACTS WITH SAMSARA NETWORKS INC.**

**DM WORLD TRANSPORTATION LLC,** ("Debtor"), by and through its undersigned counsel, and pursuant to Section 365(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy Procedure, hereby requests the entry of an order authorizing the Debtor to assume two fleet tracking executory contracts, (the "Contracts"), by and between the Debtor and **SAMSARA NETWORKS, INC.** ("Samsara"), utilized in its business operations, (the "Motion"). In support of the Motion, Debtor states as follows:

**Background**

1.  On May 12, 2020 (the "Petition Date"), the Debtor filed its petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  No trustee or examiner has been appointed.  The Debtor continues to operate its business and manage its property as a debtor in possession under §§ 1107 and 1108 of the Bankruptcy Code.

2.  The Debtor is a party to two fleet tracking Contracts with Samsara which include safety camera monitoring and electronic logging devices to maintaining compliance with specific trucking regulations required by the U.S. Department of Transportation. Copies of the Contracts are available upon written request to the undersigned Counsel.

3. The Contracts remain active and are assets of the Debtor and its estate.

4. The prepetition balance is approximately $41,000.00. To cure the balance, the Debtor and Samsara agreed to a weekly payment of $3,000.00. Samsara will also receive payment according to the Contracts for all post-petition invoices.

5. By this Motion, Debtor seeks to assume the Contracts pursuant to Section 365(a) of the Bankruptcy Code; the Contracts are critical for the continued operations of the Debtor's business and assumption is in the best interest of the estate.

### Relief Requested

6. Pursuant to Sections 365(a) and 1107(a) of the Bankruptcy Code, a debtor-in-possession may assume or reject any executory contract or unexpired lease of the debtor, subject to court approval. The right of a debtor-in-possession to assume unexpired leases and executory contracts is fundamental to the bankruptcy process because it supplies a mechanism to supplement its financial responsibilities to the bankruptcy estate.

7. Debtor has concluded that the Contracts are necessary for an effective reorganization and that continued performance under the Contracts would not constitute an unnecessary drain upon the financial resources of the Debtor without any corresponding benefit to its bankrupt estate. In light of the foregoing, Debtor has determined, in the exercise of its business judgment, that assumption of the Contracts is in the best interests of its bankrupt estate. Accordingly, Debtor submits that the assumption of the Contracts comports with the requirements of Section 365(a) of the Bankruptcy Code and satisfies the business judgment rule.

**WHEREFORE**, **DM WORLD TRANSPORTATION LLC** respectfully requests the Court enter an order: (i) authorizing the assumption of the Contracts; and (ii) granting such additional and

further relief as the Court deems appropriate.

      **RESPECTFULLY SUBMITTED** this 9th day of September 2020.

                                            /s/ R. Scott Shuker
                                            R. Scott Shuker, Esq.
                                            Florida Bar No.: 984469
                                            rshuker@shukerdorris.com
                                            Mariane L. Dorris, Esq.
                                            Florida Bar No.: 0173665
                                            mdorris@shukerdorris.com
                                            John B. Dorris, Esq.
                                            Florida Bar No.: 0093744
                                            jdorris@shukerdorris.com
                                            **SHUKER & DORRIS, P.A.**
                                            121 S. Orange Ave., Suite 1120
                                            Orlando, Florida 32801
                                            Tel: (407) 337-2060
                                            Fax: (407) 337-2050
                                            *Attorneys for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE                                                              CASE NO.:    6:20-bk-02684-LVV

**DM WORLD TRANSPORTATION LLC,**            **CHAPTER 11**

      **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of **DEBTOR'S MOTION TO ASSUME EXECUTORY CONTRACTS WITH SAMSARA NETWORKS INC.** has been furnished either electronically or by U.S. First Class, postage prepaid mail to: **DM WORLD TRANSPORTATION LLC**, 450 South Ronald Reagan Boulevard, Longwood, FL 32750; **OFFICIAL COMMITTEE OF UNSECURED CREDITORS**, c/o John B. Hutton, Esq. and Ari Newman, Esq. Greenberg Traurig PA, 333 Avenue of the Americas, Suite 4400, Miami, FL 33131; **SAMSARA NETWORKS, INC.**, c/o Barry D. Kleban, Esq., McElroy, Deutsch, Mulvaney & Carpenter, LLP, 1 Penn Cntr. – Suburban Station, 1617 JFK Blvd., Suite 1500, Philadelphia, PA 19103-1815 (bkleban@mdmc-law.com); **RTS FINANCIAL SERVICE, INC.**, c/o Harris J. Koroglu, Esq., Shutts & Bowen LLP, 200 South Biscayne Blvd., Suite 4100, Miami Florida 33131 (hkoroglu@shutts.com); **RYDER TRUCK RENTAL, INC.**, c/o James E. Shepherd, Esq., Forster Boughman, 2200 Lucien Way, Suite 405, Maitland, Florida 32751 (shepherd@fbl-law.com and service@fbl-law.com); **BMO HARRIS, N.A.,** c/o Alexis A. Leventhal, Esq., REED SMITH LLP, Reed Smith Centre, 225 Fifth Avenue, Pittsburgh, Pennsylvania 15222 (aleventhal@reedsmith.com); **BANK OF AMERICA, N.A.**, c/o Mark E. Steiner, Esq., Liebler, Gonzalez & Portuondo, Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130; **PREMIER TRAILER LEASING, INC.**, c/o Roger J. Haughey, II, Esq., Sivyer Barlow & Watson, P.A., 401 E. Jackson St., Ste 2225, Tampa, Florida 33602 (rhaughey@sbwlegal.com and rjhassistant@sbwlegal.com); **IBERIABANK**, c/o Zachary J. Bancroft, Esq., Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, 200 S Orange Ave, Ste 2900, PO Box 1549, Orlando, Florida 32802-1549 (zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com, and bkcts@bakerdonelson.com); **STAR LEASING CO.**, c/o Gordon Law Firm Co, LPA, Attn: James H. Gordon, Esq., 7677 Patterson Rd, Hillard, Ohio 43026 (jgordon@gordonlawco.com); Genovese Joblove & Battista, P.A., Attn: Paul J. Battista, Esq., 100 SE 2nd Ave, Suite 4400, Miami, Florida 33131 (pbattista@gjb-law.com);  all parties who receive notice via CM/ECF in the ordinary course; all creditors and interested parties as shown on the Local Rule 1007-2 matrix attached to the original of this motion filed with the Court; and the Office of the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801, on this 9th day of September 2020.

                                                                         /s/ R. Scott Shuker
                                                                         R. Scott Shuker, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:20-bk-02684-LVV<br>Middle District of Florida<br>Orlando<br>Wed Sep  9 10:53:34 EDT 2020 | DM World Transportation LLC<br>450 S. Ronald Reagan Blvd.<br>Longwood, FL 32750-5405 | ADP Augusta<br>One ADP Drive<br>Augusta, GA 30909-9373 |
| BANK OF AMERICA, N.A.<br>c/o Mark E. Steiner, Esquire<br>Liebler Gonzalez & Portuondo<br>44 West Flagler Street, 25th Floor<br>Miami, FL 33130-1817 | CenterState Bank, N.A.<br>c/o Grey Squires-Binford, Esq.<br>Post Office Box 1913<br>Orlando, FL 32802-1913 | IBERIABANK<br>c/o Zachary J. Bancroft, Esq.<br>200 S. Orange Ave., Ste. 2900<br>Orlando, FL 32801-3448 |
| KeyBank National Association<br>c/o Michael A. Axel<br>127 Public Square Second Floor<br>Cleveland, OH  44114-1306 | Official Committee of Unsecured Creditors<br>c/o John B. Hutton III, Esq.<br>GREENBERG TRAURIG, P.A.<br>333 S.E. Second Ave, Suite 4400<br>Miami, Florida 33131-3238 | Premier Trailer<br>5201 Tennyson Parkway<br>Suite 205<br>Plano, TX 75024-4116 |
| RTS Financial Services, Inc.<br>c/o Harris J. Koroglu, Esq.<br>Shutts & Bowen, LLP<br>200 S Biscayne Blvd #4100<br>Miami, FL 33131-2362 | Ryder Truck Rental, Inc.<br>Mike S. Mandell, Corporate Collection Ma<br>11690 NW  105th Street<br>Miami, FL 33178-1103 | Ryder Truck Rental, Inc.<br>c/o James E. Shepherd, Esq.<br>ForsterBoughman<br>2200 Lucien Way, #405<br>Maitland, FL 32751-7048 |
| Signature Financial LLC d/b/a Signature Fina<br>c/o Ronald S. Beacher, Esq.<br>Pryor Cashman LLP<br>7 Times Square<br>New York, NY 10036-6569 | Star Leasing Co.<br>Rob Swan, Controller<br>4080 Business Park Drive<br>Columbus, OH 43204-5023 | Star Leasing Co.<br>c/o Paul J. Battista, Esq.<br>Genovese Joblove & Battista, P.A.<br>100 SE 2nd Street, Suite 4400<br>Miami, FL 33131-2118 |
| TCF National Bank<br>c/o Michael A. Tessitore, Esq.<br>Moran Kidd Lyons Johnson Garcia, P.A.<br>111 N. Orange Avenue, Suite 900<br>Orlando, FL 32801-2307 | TruckNRoll<br>9880 Sidney Hayes Rd<br>Orlando, FL 32824-8127 | Volvo Financial Services Div of VFS US LLC<br>c/o Nelson Mullins Broad and Cassel<br>Nicolette C Vilmos Esq<br>390 N Orange Ave Ste 1400<br>Orlando FL 32801-1687 |
| Zachary J Bancroft +<br>Baker, Donelson, Bearman, Caldwell & Ber<br>Caldwell & Berkowitz, PC<br>P.O. Box 1549<br>Orlando, FL 32802-1549 | Paul J Battista +<br>Genovese Joblove & Battista PA<br>100 Southeast 2nd Street<br>44th Floor<br>Miami, FL 33131-2100 | George Michael Gingo +<br>Gingo & Orth, P.L.L.C.<br>1702 South Washington Avenue<br>Titusville, FL 32780-4714 |
| R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue<br>Suite 1120<br>Orlando, FL 32801-3238 | Michael A Tessitore +<br>Moran Kidd Lyons Johnson Garcia, P.A.<br>111 N. Orange Avenue, Suite 900<br>Orlando, FL 32801-2307 | John B Hutton +<br>Greenberg Traurig PA<br>333 Avenue of the Americas<br>Suite 4400<br>Miami, FL 33131-3238 |
| United States Trustee - ORL +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Roger J Haughey II+<br>Sivyer Barlow & Watson,PA<br>SunTrust Financial Centre<br>401 East Jackson Street, Suite 2225<br>Tampa, FL 33602-5213 | Miriam G Suarez +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| Nicolette C Vilmos +<br>Nelson Mullins Broad and Cassel<br>390 North Orange Avenue, Suite 1400<br>Orlando, FL 32801-1687 | (p)GREY SQUIRES BINFORD<br>ATTN KILLGORE PEARLMAN<br>POST OFFICE BOX 1913<br>ORLANDO FL 32802-1913 | Harris J Koroglu +<br>Shutts & Bowen LLP<br>200 South Biscayne Boulevard, Suite 4100<br>Miami, FL 33131-2362 |

| | | |
|---|---|---|
| Michael P Shuster + <br> Porter Wright Morris & Arthur, LLP <br> 9132 Strada Place, 3rd Floor <br> Naples, FL 34108-2942 | Ronald S Beacher + <br> Pryor Cashman LLP <br> 7 Times Square <br> New York, NY 10036-6569 | Mark E Steiner + <br> Liebler, Gonzalez & Portuondo, P.A. <br> 44 W. Flagler Street, 25th Floor <br> Miami, FL 33130-1808 |
| James E Shepherd + <br> Forster, Boughman & Lefkowitz <br> 2200 Lucien Way, Suite 405 <br> Maitland, FL 32751-7048 | Ari Newman + <br> Greenberg Traurig, P.A. <br> 333 Avenue of the Americas <br> Suite 4400 <br> Miami, FL 33131-3238 | Alexis A Leventhal + <br> Reed Smith LLP <br> 225 Fifth Avenue <br> Pittsburg, PA 15222-2716 |
| James Gordon + <br> Gordon Law Firm Co, LPA <br> 7677 Patterson Road <br> Hillard, OH 43026-9494 | Michael A. Axel + <br> KeyBank Bank National Association <br> 127 Public Square, Second Floor <br> Cleveland, OH 44114-1306 | Note: Entries with a '+' at the end of the name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Grey Squires-Binford + <br> Killgore Pearlman Stamp Denius & Squires <br> PO Box 1913 <br> Orlando, FL 32802 | End of Label Matrix <br> Mailable recipients    38 <br> Bypassed recipients     0 <br> Total                  38 |